**Deposits Pulled Back**  
**Mechanics Bank Account #0197**  
*[All Data from Mechanics Bank Account Activity Report]*

**Notes:** [1] CFSB is Community Federal Savings Bank in Benton, KY  
[2] Company, with assistance from CFSB was able to clawback these deposits on 4/7/2023.

| Manner of Deposit | Type of Deposit | Check Number | Company | Co.'s Bank[1] | Original Deposit Date 4/3/2023 | Original Deposit Date 4/4/2023 | Original Deposit Date 4/5/2023 | [2] Amount of Deposit Clawback 4/7/2023 | [3] Amount Re-Deposited 4/17/2023 | Net Amount Clawed Back By Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Remote Deposit | Check | 12754 | MAP Enterprises | CFSB | $ 165,731.10 | | | $ (165,731.10) | | $ (165,731.10) |
| Remote Deposit | Check | 12753 | MAP Enterprises | CFSB | 117,805.53 | | | (117,805.53) | | (117,805.53) |
| Remote Deposit | Check | 12746 | MAP Enterprises | CFSB | 499,598.88 | | | (499,598.88) | | (499,598.88) |
| Remote Deposit | Check | 12745 | MAP Enterprises | CFSB | 357,943.28 | | | (357,943.28) | | (357,943.28) |
| Remote Deposit | Check | 12741 | MAP Enterprises | CFSB | 425,326.13 | | | (425,326.13) | | (425,326.13) |
| Remote Deposit | Check | 12743 | MAP Enterprises | CFSB | 374,770.76 | | | (374,770.76) | | (374,770.76) |
| Remote Deposit | Check | 12772 | MAP Enterprises | CFSB | | $ 117,540.78 | | (117,540.78) | | (117,540.78) |
| Remote Deposit | Check | 12773 | MAP Enterprises | CFSB | | 426,371.43 | | (426,371.43) | | (426,371.43) |
| Remote Deposit | Check | 12752 | MAP Enterprises | CFSB | | 415,603.55 | | (415,603.55) | $ 415,603.55 | - |
| Remote Deposit | Check | 12742 | MAP Enterprises | CFSB | | 425,065.19 | | (425,065.19) | 425,065.19 | - |
| Remote Deposit | Check | 12748 | MAP Enterprises | CFSB | | 427,301.04 | | (427,301.04) | 427,301.04 | - |
| Remote Deposit | Check | 12747 | MAP Enterprises | CFSB | | 417,859.69 | | (417,859.69) | 417,859.69 | - |
| Remote Deposit | Check | 12744 | MAP Enterprises | CFSB | | 532,110.78 | | (532,110.78) | 532,110.78 | - |
| Remote Deposit | Check | 12745 | MAP Enterprises | CFSB | | 500,008.78 | | (500,008.78) | 500,008.78 | - |
| Remote Deposit | Check | 12750 | MAP Enterprises | CFSB | | 416,410.65 | | (416,410.65) | 416,410.65 | - |
| Remote Deposit | Check | 12751 | MAP Enterprises | CFSB | | 529,778.09 | | (529,778.09) | 529,778.09 | - |
| Remote Deposit | Check | 12767 | MAP Enterprises | CFSB | | 500,099.67 | | (500,099.67) | | (500,099.67) |
| Remote Deposit | Check | 12770 | MAP Enterprises | CFSB | | 529,797.52 | | (529,797.52) | | (529,797.52) |
| Remote Deposit | Check | 12755 | MAP Enterprises | CFSB | | 537,568.71 | | (537,568.71) | | (537,568.71) |
| Remote Deposit | Check | 12756 | MAP Enterprises | CFSB | | 535,527.30 | | (535,527.30) | | (535,527.30) |
| Remote Deposit | Check | 12757 | MAP Enterprises | CFSB | | 514,749.38 | | (514,749.38) | | (514,749.38) |
| Remote Deposit | Check | 12758 | MAP Enterprises | CFSB | | 423,887.86 | | (423,887.86) | | (423,887.86) |
| Remote Deposit | Check | 12759 | MAP Enterprises | CFSB | | 501,394.89 | | (501,394.89) | | (501,394.89) |
| Remote Deposit | Check | 12760 | MAP Enterprises | CFSB | | 501,576.84 | | (501,576.84) | | (501,576.84) |
| Remote Deposit | Check | 12762 | MAP Enterprises | CFSB | | 425,922.99 | | (425,922.99) | | (425,922.99) |
| Remote Deposit | Check | 12763 | MAP Enterprises | CFSB | | 375,537.02 | | (375,537.02) | | (375,537.02) |
| Remote Deposit | Check | 12764 | MAP Enterprises | CFSB | | 425,100.31 | | (425,100.31) | | (425,100.31) |
| Remote Deposit | Check | 12766 | MAP Enterprises | CFSB | | | 499,848.94 | (499,848.94) | | (499,848.94) |
| Remote Deposit | Check | 12761 | MAP Enterprises | CFSB | | | 357,249.12 | (357,249.12) | | (357,249.12) |
| Remote Deposit | Check | 12771 | MAP Enterprises | CFSB | | | 415,970.63 | (415,970.63) | | (415,970.63) |
| Remote Deposit | Check | 12769 | MAP Enterprises | CFSB | | | 416,596.42 | (416,596.42) | | (416,596.42) |
| Remote Deposit | Check | 12768 | MAP Enterprises | CFSB | | | 417,851.52 | (417,851.52) | | (417,851.52) |
| Remote Deposit | Check | 12765 | MAP Enterprises | CFSB | | | 532,006.16 | (532,006.16) | | (532,006.16) |
| Remote Deposit | Check | 12775 | MAP Enterprises | CFSB | | | 166,303.81 | (166,303.81) | | (166,303.81) |
| Remote Deposit | Check | 12776 | MAP Enterprises | CFSB | | | 374,996.18 | (374,996.18) | | (374,996.18) |
| Remote Deposit | Check | 12777 | MAP Enterprises | CFSB | | | 425,100.64 | (425,100.64) | | (425,100.64) |
| Remote Deposit | Check | 12778 | MAP Enterprises | CFSB | | | 515,200.70 | (515,200.70) | | (515,200.70) |
| Remote Deposit | Check | 12779 | MAP Enterprises | CFSB | | | 426,143.85 | (426,143.85) | | (426,143.85) |
| Remote Deposit | Check | 12780 | MAP Enterprises | CFSB | | | 538,041.54 | (538,041.54) | | (538,041.54) |

| Manner of Deposit | Type of Deposit | Check Number | Company | Co.'s Bank[1] | Original Deposit Date | | | [2] Amount of Deposit Clawback 4/7/2023 | [3] Amount Re-Deposited 4/17/2023 | Net Amount Clawed Back By Company |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 4/3/2023 | 4/4/2023 | 4/5/2023 | | | |
| Remote Deposit | Check | 12781 | MAP Enterprises | CFSB | | | 499,118.05 | (499,118.05) | | (499,118.05) |
| Remote Deposit | Check | 12782 | MAP Enterprises | CFSB | | | 424,645.32 | (424,645.32) | | (424,645.32) |
| Remote Deposit | Check | 12783 | MAP Enterprises | CFSB | | | 500,479.50 | (500,479.50) | | (500,479.50) |
| Remote Deposit | Check | 12784 | MAP Enterprises | CFSB | | | 501,073.78 | (501,073.78) | | (501,073.78) |
| Remote Deposit | Check | 12785 | MAP Enterprises | CFSB | | | 535,330.95 | (535,330.95) | | (535,330.95) |
| Remote Deposit | Check | 12786 | MAP Enterprises | CFSB | | | 501,190.99 | (501,190.99) | | (501,190.99) |
| Remote Deposit | Check | 12787 | MAP Enterprises | CFSB | | | 531,849.71 | (531,849.71) | | (531,849.71) |
| Remote Deposit | Check | 12788 | MAP Enterprises | CFSB | | | 416,279.12 | (416,279.12) | | (416,279.12) |
| | | | Total For MAP Enterprises | | 1,986,194.68 | 9,524,232.47 | 9,040,297.93 | (20,370,642.08) | 3,664,137.77 | (16,751,527.31) |
| | | | | | | | | | | |
| Remote Deposit | Check | 1295 | Wildforest Cattle | CFSB | 291,490.17 | | | (291,490.17) | | (291,490.17) |
| Remote Deposit | Check | 1296 | Wildforest Cattle | CFSB | 163,827.21 | | | (163,827.21) | | (163,827.21) |
| Remote Deposit | Check | 1297 | Wildforest Cattle | CFSB | 178,736.82 | | | (178,736.82) | | (178,736.82) |
| Remote Deposit | Check | 1298 | Wildforest Cattle | CFSB | 324,185.14 | | | (324,185.14) | | (324,185.14) |
| Remote Deposit | Check | 1299 | Wildforest Cattle | CFSB | 347,635.90 | | | (347,635.90) | | (347,635.90) |
| Remote Deposit | Check | 1300 | Wildforest Cattle | CFSB | 324,064.14 | | | (324,064.14) | | (324,064.14) |
| Remote Deposit | Check | 1301 | Wildforest Cattle | CFSB | 346,544.97 | | | (346,544.97) | | (346,544.97) |
| Remote Deposit | Check | 1302 | Wildforest Cattle | CFSB | 562,479.39 | | | (562,479.39) | | (562,479.39) |
| Remote Deposit | Check | 1304 | Wildforest Cattle | CFSB | 593,628.73 | | | (593,628.73) | | (593,628.73) |
| Remote Deposit | Check | 1313 | Wildforest Cattle | CFSB | | 179,435.28 | | (179,435.28) | | (179,435.28) |
| Remote Deposit | Check | 1312 | Wildforest Cattle | CFSB | | 163,311.18 | | (163,311.18) | | (163,311.18) |
| Remote Deposit | Check | 1311 | Wildforest Cattle | CFSB | | 592,519.73 | | (592,519.73) | | (592,519.73) |
| Remote Deposit | Check | 1310 | Wildforest Cattle | CFSB | | 561,518.02 | | (561,518.02) | | (561,518.02) |
| Remote Deposit | Check | 1309 | Wildforest Cattle | CFSB | | 324,332.97 | | (324,332.97) | | (324,332.97) |
| Remote Deposit | Check | 1308 | Wildforest Cattle | CFSB | | 324,734.69 | | (324,734.69) | | (324,734.69) |
| Remote Deposit | Check | 1307 | Wildforest Cattle | CFSB | | 345,985.52 | | (345,985.52) | | (345,985.52) |
| Remote Deposit | Check | 1306 | Wildforest Cattle | CFSB | | 347,527.01 | | (347,527.01) | | (347,527.01) |
| Remote Deposit | Check | 1305 | Wildforest Cattle | CFSB | | 291,477.41 | | (291,477.41) | | (291,477.41) |
| Remote Deposit | Check | 1323 | Wildforest Cattle | CFSB | | | 179,351.68 | (179,351.68) | | (179,351.68) |
| Remote Deposit | Check | 1322 | Wildforest Cattle | CFSB | | | 163,711.51 | (163,711.51) | | (163,711.51) |
| Remote Deposit | Check | 1321 | Wildforest Cattle | CFSB | | | 593,461.03 | (593,461.03) | | (593,461.03) |
| Remote Deposit | Check | 1320 | Wildforest Cattle | CFSB | | | 561,391.27 | (561,391.27) | | (561,391.27) |
| Remote Deposit | Check | 1319 | Wildforest Cattle | CFSB | | | 324,450.61 | (324,450.61) | | (324,450.61) |
| Remote Deposit | Check | 1318 | Wildforest Cattle | CFSB | | | 325,215.27 | (325,215.27) | | (325,215.27) |
| Remote Deposit | Check | 1317 | Wildforest Cattle | CFSB | | | 346,156.02 | (346,156.02) | | (346,156.02) |
| Remote Deposit | Check | 1316 | Wildforest Cattle | CFSB | | | 347,451.24 | (347,451.24) | | (347,451.24) |
| Remote Deposit | Check | 1315 | Wildforest Cattle | CFSB | | | 290,989.61 | (290,989.61) | | (290,989.61) |
| Remote Deposit | Check | 1314 | Wildforest Cattle | CFSB | | | 1,249,228.40 | (1,249,228.40) | | (1,249,228.40) |
| | | | Total for Wildforest Capital | | 3,132,592.47 | 3,130,841.81 | 4,381,406.64 | (10,644,840.92) | - | (10,644,840.92) |
| | | | | | | | | | | |
| | | | Grand Total | | $ 5,118,787.15 | $ 12,655,074.28 | $ 13,421,704.57 | $ (31,015,483.00) | $ 3,664,137.77 | $ (27,396,368.23) |