# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Debtors.*[1] | Chapter 7<br><br>CASE NO. 23-20084-SWE<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ANGELA ROBINSON, TERRY ROBINSON, REBECCA ROBINSON, 2B FARMS, ARNOLD BRAUN, ARNOLD BRAUN TRUST, ROBERT BRUAN, C HEART RANCH LLC, COLETTE LESH F/K/A COLETTE BROOKS, JAN LESH, GARY LESH, JARED LESH, LESH TRUCKING, JOEL LESH, LAZY J ARENA, MORRISON CAFÉ, LLC, GARY LESH TRUST, LESH FAMILY TRUST, KATIE LESH, JORDAN LESH, JARED LESH COWHORSES, INC., GRAY BROTHERS CATTLE, GRAY FAMILY TRUST, RONNIE GRAY, ROBERT GRAY, BRADLEY GUNGOLL, GUNGOLL CATTLE CO. LLC, WADE GUNGOLL, WILLIAM GUNGOLL, WYATT GUNGOLL, CORY JESKO, JEFF JESKO, DWIGHT JESKO, PATRICIA JESKO, DANIEL JESKO, DANIEL JESCO FARMS, | ADV. PROC. NO. 25-02003-SWE<br><br>Honorable Robert L. Jones |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-SWE), McClain Farms, Inc. (Case No. 23-20085-SWE), and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

| | |
|---|---|
| DON JONES TRUCKING, INC., CURT JONES, KINSEY JONES, CURTIS JONES FARMS, DON JONES FARM, INC., DON JONES, JONES FAMILY CATTLE, RIDGEFIELD CAPITAL ASSET MANAGEMENT, L.P., ROBERT ELLIS, ELIZABETH ELLIS, ROBERT AND ELIZABETH FAMILY FOUNDATION, TGF RANCH, THOMAS FRITH, WILDFOREST CATTLE CO., LLC, SAM BROWN, COLBY VANBUSKIRK, LYNDAL VANBUSKIRK, JANET VANBUSKIRK, FRANK VANBUSKIRK, SUSAN VANBUSKIRK, SAM VANBUSKIRK, CHARLES LOCKWOOD, NIKKI LOCKWOOD, COLE LOCKWOOD, SHERLE LOCKWOOD, PRIEST VICTORY INVESTMENT, LLC, PRIEST CATTLE COMPANY, LTD., COREY PRIEST, TYLER PITTMAN, PITTMAN FARMS, DAC83 LLC, OPEN A ARENA, LLC, DOUG PRITCHETT, 2DEEP CONSTRUCTION LLC, BRANDON DUFURRENA, RIETA DUFURRENA, ED DUFURRENA, SCARLET & BLACK CATTLE, LLC, RED RAIDER CATTLE, LLC, CARRAWAY CATTLE LLC, RICHARD CARRAWAY, ROBERT CARRAWAY, GENE BROOKSHIRE FAMILY LP, JOEL BROOKSHIRE, CARLA BROOKSHIRE, PHILIP RAPP, RAPP RANCH, BIG SEVEN CAPITAL PARTNERS, LLC, BRYAN BLACKMAN, BRAVO GOLF AVIATION LLC, DENNIS BUSS, EDWIN BUSS, BETTYE BUTLER, BILLY BUTLER, CALEB LITTLE, DANNIE WINFREY, DIAMOND B PRODUCTIONS LLC, ERIC DEJARNATT, EDWIN STEWART, ERNEST GARD, GALE FORCE QUARTER HORSES, GARWOOD CATTLE COMPANY, J&S INVESTMENTS, JIM RININGER, JIMMY GREER, PEGGY GREER, JOE BURNETT, DUSTIN JOHNSON, KEITH HARRIS FARMS, MAP ENTERPRISES, INC., MICHAEL COOPER, PATRICK BAKER, | |

| | |
|---|---|
| RALPH REISZ, VERONICA REISZ, ROGER WELCH, ROSE VALLEY RANCH, SAWMILL CREEK LLC, SCOTT LIVESTOCK COMPANY, INC., STANLEY KEITH MYERS, TOMMY MANION RANCH, INC., BRENT BURNETT, CODIE PERRY, MYKEL TIDWELL, RICK RODGERS, STANLEY AYERS, THORLAKSON DIAMOND T FEEDERS, LP,  WILEY ROBY RUSSELL JR., WILEY ROBY RUSSELL, JR. AS TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST, WJ PERFORMANCE HORSES, HEARTLAND COOP, LAND O LAKES AG SERVICE, REINERT HAY CO., VET INDUSTRIES FEED & SUPPLY, WHITE ENERGY, CRYSTAL MCCLAIN, CHELSEA MCCLAIN, PIPER MCCLAIN, KRISTIN MCCLAIN, COLTON SCOTT LONG, SCOTT SKINNER, KEELING CATTLE FEEDERS, THOMAS THORLACKSON, JARED GRELL, JOHN TIDWELL, KINGDOM TRUST COMPANY, MARK FRICOUF, MICHAEL EVANS WILLIAM WEDDINGTON, NATHAN MICHAEL HOYLE, JOSHUA RAY DRAKE, DRAKE CATTLE COMPANY, PEREZ LIVESTOCK LLC, AND SUSAN H. FOSTER,<br><br>    *Defendants.* | |

**THE STATE OF TEXAS**   §
                        §   **KNOW ALL MEN BY THESE PRESENTS:**
**DALLAS COUNTY**       §

## DECLARATION OF BARRY BRAY

1.   I am a resident of Dallas, Dallas County, Texas; am over the age of 21 years and am of sound mind and have never been convicted of an offense.

2.   I am the Owner & Founder of Delphi Legal Technologies, Inc., 901 Main Street, BOA Plaza, Suite 620, Dallas, TX 75202.

3.   On the dates indicated below, I caused a copy of the following documents to be mailed via United States First Class Mail, Postage Prepaid on the parties set forth below.

(1) First Amended Complaint for: (1) Avoidance and Recovery of Preferences and Fraudulent Transfers; (2) Disallowance and Subordination of Claims; and (3) Other Relief (Dkt. No. 9);

(2) Applicable Summons as indicated (Dkt. 23-40); and

(3) Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order (Dkt. No. 29);

**Summons Docket #24 (August 7, 2025)**

Ronnie Gray
27 36th Street, Hwy. 18
Fairfax, OK 74637-5053

**Summons Docket #26 (August 7, 2025)**

Open A Arena LLC
Chief Executive Officer or other Officer
19601 FM 1541
Canyon, TX 79015

**Summons Docket #30 (August 7, 2025)**

2Deep Construction, LLC
Chief Executive Officer or other Officer
14500 S Fm 1258
Amarillo, TX 79118

2Deep Construction, LLC
Chief Executive Officer or other Officer
19601 Fm 1541
Canyon, TX 79015

Bettye Butler
2285 Hwy 54 N
Brownsville, TN 38012

Billy Butler
2285 Hwy 54 N
Brownsville, TN 38012

Bravo Golf Aviation LLC
Chief Executive Officer or other Officer
907 Reidland Rd
Crosby, TX 77532

Brent Burnett
1612 Sanderson Rd.
Melber, KY 42066

C Heart Ranch
Chief Executive Officer or other Officer
454 Daniels Lane
Ardmore, OK 73401

Caleb Little
672 Nelson Trl.
Dexter, KY 42036-9402

Codie Perry
8242 N Main St
Braman, OK 74632

Colette Lesh
454 Daniels Lane
Ardmore, OK 73401

## Summons Docket #31 (August 7, 2025)

Cory Jesko
3970 FM 1057
Hereford, TX 79045

DAC83 LLC
Chief Executive Officer or other Officer
2200 4th Ave., #131
Canyon, TX 79015

Daniel Jesko Farms
Chief Executive Officer or other Officer
2886 FM 1058
Hereford, TX 79045

Daniel Jesko
2886 FM 1058
Hereford, TX 79045

Dannie Winfrey
349 Finks Rd.
Mayfield, KY 42066

Diamond B Productions LLC
Chief Executive Officer or other Officer
4553 Texas St
Healdton, OK 73438-2906

Doug Pritchett
19601 FM 1541
Canyon, TX 79015

Drake Cattle Company
Chief Executive Officer or other Officer
10319 Granbury Hwy
Weatherford, TX 76087

Dwight Jesko
3970 FM 1057
Hereford, TX 79045

## Summons Docket #32 (August 7, 2025)

Eric DeJarnatt
1115 CR 1024
Cunningham, KY 42035

Ernest Gard
PO Box 1451
Clovis, NM 88102-1451

Gale Force Quarter Horses
Chief Executive Officer or other Officer
4140 Highway 65
Conway, SC 29523

Garwood Cattle Company
Chief Executive Officer or other Officer
2538 Middleton Rd.
Columbiana, OH 44408


Heartland Coop
Chief Executive Officer or other Officer
PO Box 850

Bovina, TX 79009

J&S Investments
691 Oscar RD
Barlow, KY 42024

Jeff Jesko
3970 FM 1057
Hereford, TX 79045

Joe Burnett
187 Peachtree Rd.
Melber, KY 42069

### Summons Docket #33 (August 7, 2025)

Joel Lesh
1419 W. 80th St.
Stillwater, OK 74074

Keith Harris Farms, Inc.
Chief Executive Officer or other Officer
703 Waller Cemetery Road
Benton, KY 42025

Kingdom Trust Company
Chief Executive Officer or other Officer
6804 Poplar Corner Rd.
Bells, TN 38006

Land O Lakes Ag Service
Chief Executive Officer or other Officer
1200 County Road F West
Mail Station 5210
Arden Hills, MN 55112

Lazy J Arena
Chief Executive Officer or other Officer
1419 W. 80th St.
Stillwater, OK 74074

Michael Cooper
1301 Old Tin Top Rd
Weatherford, TX 76087

### Summons Docket #34 (August 7, 2025)

Mykel Tidwell
66 Lake Terry Drive
Mayfield, KY 42066

Patricia Jesko
3970 FM1057
Hereford, TX 79045

Patrick Baker
6304 Shawnee Ln.
Henderson, KY 42420

Philip Rapp
400 Smith Trail
Weatherford, Texas 76088

Pittman Farms
1774 Lacenter Road
Lacenter, KY 42056

Ralph Reisz
4062 Keller Road
Owensboro, KY 42301

Reinert Hay Co.
P.O. Box 16
Dawn, TX 79025

Rick Rodgers
P.O. Box 931
Mayfield, KY 42066

## Summons Docket #35 (August 7, 2025)

Roger Welch
2200 State Hwy 18
Fairfax, OK 74637

Rose Valley Ranch
Chief Executive Officer or other Officer
1301 Old Tin Top Rd
Weatherford, TX 76087

Sawmill Creek LLC
Chief Executive Officer or other Officer
3219 Col Ave.

Synder, TX 79549

Scott Skinner
31781 US Hwy 70
P.O. Box 667
Ringling, OK 73456

Stanley Ayers
6200 Ross Rd.
Rockford, OH 45882

Stanley Keith Myers
404 County Line Rd.
Kevil, KY 42053

TGF Ranch
Chief Executive Officer or other Officer
1585 E. M79 Hwy.
Hastings, MI 49058

Thomas Frith
1585 E. M79 Hwy.
Hastings, MI 49058

Tommy Manion Ranch, Inc.
Chief Executive Officer or other Officer
10300 US-377
Pilot Point, TX 76258

## Summons Docket #36 (August 7, 2025)

Tyler Pittman
1774 Lacenter Road
Lacenter, KY 42056

Veronica Reisz
4062 Keller Road
Owensboro, KY 42301

Vet Industries Feed & Supply
Chief Executive Officer or other Officer
P.O. Box 397
Friona, TX 79035

White Energy
Chief Executive Officer or other Officer

2595 Dallas Parkway
Suite 310
Frisco, TX 75034

WJ Performance Horses
Chief Executive Officer or other Officer
650 FM 163
Cleveland, TX 77327

### Summons Docket #37 (August 7, 2025)

Jared Grell
6005 N 13th St
Braman, OK 74632-9179

John Tidwell
209 Duffers Ln.
Mayfield, KY 42066

Joshua Ray Drake
10319 Grandbury Hwy
Weatherford, TX 76087

Mark Fricouf
14800 W Bender RD
Braman OK, 74632

Nathan Michael Hoyle
3219 College Ave Ste A
Synder, TX 79549

### Summons Docket #38 (August 7, 2025)

Michael Evans
155 Via Rd.
Clinton, KY 42031

William Weddington
3486 Hwy 70 E
Brownsville, TN 38012

**Summons Docket #40 (August 8, 2025)**

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42002

Crystal McClain
3728 Mayfield Hwy
Benton, KY 42025

Kristin McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42002

Kristin McClain
3728 Mayfield Hwy
Benton, KY 42025

Piper McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42002

Piper McClain
3728 Mayfield Hwy
Benton, KY 42025

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated _____8/15/25_____.

_____
Barry Bray