# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    *Debtors*.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>ANGELA ROBINSON, TERRY ROBINSON, REBECCA ROBINSON, 2B FARMS, ARNOLD BRAUN, ARNOLD BRAUN TRUST, ROBERT BRUAN, C HEART RANCH LLC, COLETTE LESH F/K/A COLETTE BROOKS, JAN LESH, GARY LESH, JARED LESH, LESH TRUCKING, JOEL LESH, LAZY J ARENA, MORRISON CAFÉ, LLC, GARY LESH TRUST, LESH FAMILY TRUST, KATIE LESH, JORDAN LESH, JARED LESH COWHORSES, INC., GRAY BROTHERS CATTLE, GRAY FAMILY TRUST, RONNIE GRAY, ROBERT GRAY, BRADLEY GUNGOLL, GUNGOLL CATTLE CO. LLC, WADE GUNGOLL, WILLIAM GUNGOLL, WYATT GUNGOLL, CORY JESKO, JEFF JESKO, DWIGHT JESKO, PATRICIA JESKO, DANIEL JESKO, DANIEL JESCO FARMS, DON JONES TRUCKING, INC., CURT JONES, KINSEY | ADV. PROC. NO. 25-02003-swe<br><br>Honorable Scott W. Everett |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

| | |
|---|---|
| JONES, CURTIS JONES FARMS, DON JONES FARM, INC., DON JONES, JONES FAMILY CATTLE, RIDGEFIELD CAPITAL ASSET MANAGEMENT, L.P., ROBERT ELLIS, ELIZABETH ELLIS, ROBERT AND ELIZABETH FAMILY FOUNDATION, TGF RANCH, THOMAS FRITH, WILDFOREST CATTLE CO., LLC, SAM BROWN, COLBY VANBUSKIRK, LYNDAL VANBUSKIRK, JANET VANBUSKIRK, FRANK VANBUSKIRK, SUSAN VANBUSKIRK, SAM VANBUSKIRK, CHARLES LOCKWOOD, NIKKI LOCKWOOD, COLE LOCKWOOD, SHERLE LOCKWOOD, PRIEST VICTORY INVESTMENT, LLC, PRIEST CATTLE COMPANY, LTD., COREY PRIEST, TYLER PITTMAN, PITTMAN FARMS, DAC83 LLC, OPEN A ARENA, LLC, DOUG PRITCHETT, 2DEEP CONSTRUCTION LLC, BRANDON DUFURRENA, RIETA DUFURRENA, ED DUFURRENA, SCARLET & BLACK CATTLE, LLC, RED RAIDER CATTLE, LLC, CARRAWAY CATTLE LLC, RICHARD CARRAWAY, ROBERT CARRAWAY, GENE BROOKSHIRE FAMILY LP, JOEL BROOKSHIRE, CARLA BROOKSHIRE, PHILIP RAPP, RAPP RANCH, BIG SEVEN CAPITAL PARTNERS, LLC, BRYAN BLACKMAN, BRAVO GOLF AVIATION LLC, DENNIS BUSS, EDWIN BUSS, BETTYE BUTLER, BILLY BUTLER, CALEB LITTLE, DANNIE WINFREY, DIAMOND B PRODUCTIONS LLC, ERIC DEJARNATT, EDWIN STEWART, ERNEST GARD, GALE FORCE QUARTER HORSES, GARWOOD CATTLE COMPANY, J&S INVESTMENTS, JIM RININGER, JIMMY GREER, PEGGY GREER, JOE BURNETT, DUSTIN JOHNSON, KEITH HARRIS FARMS, MAP ENTERPRISES, INC., MICHAEL COOPER, PATRICK BAKER, RALPH REISZ, VERONICA REISZ, ROBERT STEWART, ROGER WELCH, ROSE VALLEY RANCH, SAWMILL CREEK LLC, SCOTT STEWART, SCOTT | |

| | |
|---|---|
| LIVESTOCK COMPANY, INC., STANLEY KEITH MYERS, TOMMY MANION RANCH, INC., BRENT BURNETT, CODIE PERRY, MYKEL TIDWELL, RICK RODGERS, STANLEY AYERS, THORLAKSON DIAMOND T FEEDERS, LP, WILEY ROBY RUSSELL JR., WILEY ROBY RUSSELL, JR. AS TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST, WJ PERFORMANCE HORSES, HEARTLAND COOP, LAND O LAKES AG SERVICE, REINERT HAY CO., VET INDUSTRIES FEED & SUPPLY, WHITE ENERGY, CRYSTAL MCCLAIN, CHELSEA MCCLAIN, PIPER MCCLAIN, KRISTIN MCCLAIN, COLTON SCOTT LONG, SCOTT SKINNER, KEELING CATTLE FEEDERS, THOMAS THORLACKON, JARED GRELL, JOHN TIDWELL, KINGDOM TRUST COMPANY, MARK FRICOUF, MICHAEL EVANS WILLIAM WEDDINGTON, NATHAN MICHAEL HOYLE, JOSHUA RAY DRAKE, DRAKE CATTLE COMPANY, PEREZ LIVESTOCK LLC, AND SUSAN H. FOSTER, <br><br>　　*Defendants*. | |

**ANSWER TO TRUSTEE'S FIRST AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES BY DEFENDANTS'JOSHUA RAY DRAKE & DRAKE CATTLE COMPANY**

Defendants, Joshua Ray Drake and Drake Cattle Company, hereby file this Original Answer to Trustee's First Amended Complaint.

**<u>GENERAL DENIAL</u>**

Pursuant to Federal Rule of Civil Procedure 8(b)(3) Defendants hereby enter their general denial as to all matters not specifically denied or admitted below.

Pursuant to Federal Rule of Civil Procedure 8(b)Defendants respond to the allegations in each corresponding paragraph of the Complaint as follows:

Paragraphs 1-13 contain solely conclusions of law to which these Defendants need not respond, but to the extent any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

Defendants admit the allegations in paras. 14-15 in that this Court has original jurisdiction to hear this Complaint and that the venue is proper in this Court.

As to paragraph 16, Defendants deny being an "investor," or that the amounts listed in the complaint are correct and deny all other allegations.

As to paragraph 17, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 18, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 19, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 20, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 21, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 22, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 23, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 24, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 25, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 26, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 27, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 28, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 29, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

Paragraphs 30-34 contain solely conclusions of law to which these Defendants need not respond, but to the extent any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

Paragraph 35 contains conclusions of law to which these Defendants need not respond. Defendants deny that they are investors, deny that a common enterprise existed between Defendants and the Debtor(s) and deny that profits were made, or if profits were made, they did not result solely from the efforts of the Debtors. Defendants otherwise deny all other allegations.

Paragraph 36 contains conclusions of law to which these Defendants need not respond. Defendants otherwise denied the remaining allegations.

Paragraph 37, Defendants deny being investors and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

Paragraph 38, Defendants deny being investors, deny expecting a 30% profit and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

Paragraph 39, Defendants deny being investors, deny expecting a 30% profit and otherwise lacs sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 40, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 41, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 42, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 43, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 44, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 45, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 46, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 47, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 48, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 49, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 50, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and therefore deny same. Defendants admit that they possessed cattle that they owed and deny that cattle they held were Debtor's cattle.

As to paragraph 51, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 52, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 53, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 54, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 55, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 56, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 57, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 58, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 59, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 60, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 61, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 62, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 63, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 64, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 65, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 66, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 67, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 68, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

**COUNT 1**
**FRAUDULENT TRANSFER CLAIMS – FAMILY MEMBER TRANSACTIONS**

As to paragraph 69, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 70, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 71, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 72, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 73, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

## COUNT 2
## ALTERNATIVE CLAIMS – FAMILY MEMBER TRANSACTIONS

As to paragraph 74, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

As to paragraph 75, Defendants lack sufficient knowledge to admit or deny the allegations concerning any persons or entities other than Defendants and as to Defendants, deny same.

## COUNT 3
## PREFERENCE CLAIMS – INVESTORS

As to paragraph 76, Defendants deny being investors, and deny all other allegations.

As to paragraph 77, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 78, it contains solely conclusions of law to which these Defendants need not respond, but to the extent any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 79, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 80, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 81, Defendants deny being investors, and otherwise lack sufficient knowledge to admit or deny the allegations and therefore deny same.

## COUNT 4
## PREFERENCE CLAIMS – VENDORS

As to paragraph 82, these Defendants deny the allegations.

As to paragraph 83, it contains solely conclusions of law to which these Defendants need not respond, but to the extent that any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 84, it contains conclusions of law to which these Defendants need not respond, but to the extent that any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 85, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 86, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

## COUNT 5
## FRAUDULENT TRANSFER CLAIMS – INVESTORS

As to paragraph 87, Defendants deny being investors, deny receiving fictitious returns of any "investment" and deny that Defendants' purchases and sales of cattle were included in a Ponzi scheme.

As to paragraph 88, Defendants deny being investors, and deny the remaining allegations.

As to paragraph 89, Defendants deny being investors, and deny the remaining allegations.

As to paragraph 90, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 91, Defendants deny being investors, and deny the remaining allegations.

## COUNT 6
## DISALLOWANCE OF CLAIM – SUBORDINATION OF CLAIM

As to paragraph 92, Defendants deny being investors, deny receiving fictitious returns of any "investment" and deny that Defendants' purchases and sales of cattle were included in a Ponzi scheme.

As to paragraph 93, Defendants deny being investors, and deny the remaining allegations.

As to paragraph 94, Defendants deny being investors, and deny the remaining allegations.

As to paragraph 95, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

## RESERVATION OF RIGHTS

As to paragraph 96, it contains conclusions of law to which these Defendants need not respond, but to the extent that any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 97, it contains conclusions of law to which these Defendants need not respond, but to the extent that any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

As to paragraph 98, it contains conclusions of law to which these Defendants need not respond, but to the extent that any fact is alleged, Defendants lack sufficient knowledge to admit or deny the allegations and therefore deny same.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The alleged transfers were intended by Debtor and Defendants to be contemporaneously made for reasonably equivalent new value.

### Third Affirmative Defense

Debtor was not rendered insolvent by a transfer to the Defendants as Debtor received reasonably equivalent new value.

### Fourth Affirmative Defense

Any alleged transfer to or from Defendants was made objectively in good faith, and without any knowledge by Defendants the Debtor intended to hinder, delay or defraud creditors.

### Fifth Affirmative Defense

The claims asserted in the complaint were made beyond the applicable statutes of limitation.

### Sixth Affirmative Defense

Defendants' transactions with the Debtor were made in the ordinary course of business according to ordinary business terms.

### Seventh Affirmative Defense

Defendants were not "net winners" when all transactions are taken into account, plus all expenses of raising and caring for the herd are taken into account.

## PRAYER

WHEREFORE, PREMISES, CONSIDERED, Defendants pray that their answer to be deemed good and sufficient and all claims by Plaintiff against Defendants be dismissed, with prejudice, and such other and further relief, legal and equitable, including attorney's fees and costs of suit, be awarded to Defendants.

Respectfully submitted,

*/s/ Whitney A. Davis*
Whitney A. Davis
State Bar No. 24084843
EGGLESTON KING DAVIS LLP
102 Houston Avenue, Suite 300
Weatherford, Texas 76086
Phone: (817) 596-4200
Fax: (817) 596-4269

**COUNSEL FOR DEFENDANTS**
**JOSHUA RAY DRAKE &**
**DRAKE CATTLE COMPANY**