**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ANGELA ROBINSON, et. al.,<br><br>*Defendants*. | ADV. PROC. NO. 25-02003-swe<br><br>Honorable Robert L. Jones |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

TO THE HONORABLE COURT:

COMES NOW Flannery Nardone of the firm of Mullin, Hoard & Brown, LLP, and hereby enters her appearance as additional counsel of record for the following defendants in the above-referenced adversary proceeding: Keith Harris Farms, Inc., Tyler Pittman, Pittman Farms, Keith Myers, Caleb Little, J&S Investments, Rick Rodgers, Mykel Tidwell, John Tidwell, Eric DeJarnett,

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

Brent Burnett, Joe Burnett, Cory Jesko, Jeff Jesko, Dwight Jesko, Patricia Jesko, Tom Frith, and TGF Ranch, LLC.

Ms. Nardone is a licensed attorney in good standing with the State Bar of Texas and is admitted to practice before this Court. Ms. Nardone requests that copies of all pleadings, motions, and notices in this adversary proceeding be served upon her as counsel of record.

Dated: September 8, 2025                          Respectfully submitted,


By:____/s/ *Flannery Nardone*__

**MULLIN HOARD & BROWN, L.L.P.**
Flannery Nardone, Texas Bar No. 24083183
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
Telephone:  (214) 754-0040
Facsimile:  (214) 754-0043
Email:   fnardone@mhba.com


## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of September 2025, a true and correct copy of the foregoing was served on all counsel of record using the Court's ECF system.


/s/ *Flannery Nardone*_____
Flannery Nardone