

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 12, 2025**

United States Bankruptcy Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| IN RE: | Chapter 7 |
|---|---|
| MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC., | CASE NO. 23-20084-swe |
| | Jointly Administered |
| *Debtors*.[1] | |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC., *Plaintiff,* v. ANGELA ROBINSON, et. al., *Defendants.* | ADV. PROC. NO. 25-02003-swe Honorable Scott W. Everett |

---

[1] The Debtors in these jointly administered cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

**ORDER GRANTING AS MODIFIED MOTION TO EXTEND DEADLINES
TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

CAME ON FOR CONSIDERATION the *Trustee's Motion to Extend Deadlines to Respond to Defendants' Motions to Dismiss* (the "Motion"), filed by Kent Ries, trustee (the "Trustee"), of the Chapter 7 McClain bankruptcy cases: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ) (hereinafter the "McClain Debtors").

After reviewing the briefing and hearing argument from counsel, the Court finds there is good cause to grant the relief sought in the Motion, and it is hereby:

ORDERED that the Motion is GRANTED AS MODIFIED, it is further

ORDERED that the Trustee may file his briefs in opposition to Defendants Keith Harris Farms Inc.; Tyler Pittman; Pittman Farms; Keith Myers; Caleb Little; J&S Investments; Rick Rodgers; Mykel Tidwell; John Tidwell; Eric DeJarnett; Brent Burnett; Joe Burnett; Cory Jesko; Jeff Jesko; Dwight Jesko; Patricia Jesko; Thomas Firth; and TGF Ranch, LLC's Motions to Dismiss the Trustee's Adversary Complaint (ECF Nos. 70, 71, 72, and 73) **on or before October 10, 2025**.

# # # END OF ORDER # # #

Order submitted by:

Alan Dabdoub
Texas Bar No. 24056836
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800
adabdoub@lynnllp.com

Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

Agreed to as to form by:

Steven L. Hoard
Texas Bar No. 09736600
Flannery Nardone
Texas Bar No. 24083183
**MULLIN HOARD & BROWN, L.L.P.**
P.O. Box 31656
500 S. Taylor, Suite 800, LB 213
Amarillo, TX 79120-1656
(214) 754-0040
shoard@mhba.com
fnardone@mhba.com

United States Bankruptcy Court
Northern District of Texas

KENT RIES, CHAPTER 7 TRUSTEE FOR THE BAN,
    Plaintiff
ANGELA ROBINSON,
    Defendant

Adv. Proc. No. 25-02003-swe

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + Tyler Pittman, 2515 Mckinney Avenue, Suite 900, Dallas, Dallas, TX 75201, UNITED STATES 75201-1945 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 16 2025 21:55:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 16 2025 21:55:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 16 2025 21:55:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 16 2025 21:55:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | 2B FARMS |
| dft | | 2DEEP CONSTRUCTION LLC |
| dft | | ANGELA ROBINSON |
| dft | | BETTYE BUTLER |
| dft | | BIG SEVEN CAPITAL PARTNERS, LLC |
| dft | | BILLY BUTLER |
| dft | | BRANDON DUFURRENA |
| dft | | BRAVO GOLF AVIATION LLC |
| dft | | C HEART RANCH LLC |
| dft | | CARRAWAY CATTLE LLC |
| dft | | CODIE PERRY |
| dft | | COLETTE LESH F/K/A COLETTE BROOKS |
| dft | | COREY PRIEST |
| dft | | CRYSTAL MCCLAIN |
| dft | | CURT JONES |
| dft | | CURTIS JONES FARMS |
| dft | | DAC83 LLC |
| dft | | DANIEL JESCO FARMS |
| dft | | DANIEL JESKO |

Case 25-02003-swe Doc 107 Filed 09/18/25 Entered 09/18/25 23:24:27 Desc
Imaged Certificate of Notice    Page 5 of 10

| District/off: 0539-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: pdf001 | Total Noticed: 5 |

| | |
|---|---|
| dft | DANNIE WINFREY |
| dft | DIAMOND B PRODUCTIONS LLC |
| dft | DON JONES |
| dft | DON JONES FARM, INC. |
| dft | DON JONES TRUCKING, INC. |
| dft | DOUG PRITCHETT |
| dft | ED DUFURRENA |
| dft | EDWIN STEWART |
| dft | ELIZABETH ELLIS |
| dft | ERNEST GARD |
| dft | FRANK VANBUSKIRK |
| dft | HEARTLAND COOP |
| dft | JOEL LESH |
| dft | JONES FAMILY CATTLE |
| dft | Jared Grell |
| dft | KINSEY JONES |
| dft | KRISTIN MCCLAIN |
| dft | Keeling Cattle Feeders |
| dft | Keith A Myers, 2515 Mckinney Avenue, Suite 900, Dallas, UNITED STATES |
| dft | Kingdom Trust Company |
| dft | LAND O LAKES AG SERVICE |
| dft | LAZY J ARENA |
| dft | MAP ENTERPRISES, INC. |
| dft | MICHAEL COOPER |
| dft | MICHAEL EVANS |
| dft | Mark Fricouf |
| dft | Nathan Michael Hoyle |
| dft | OPEN A ARENA, LLC |
| dft | PIPER MCCLAIN |
| dft | PRIEST CATTLE COMPANY, LTD. |
| dft | PRIEST VICTORY INVESTMENT, LLC |
| dft | RALPH REISZ |
| dft | RAPP RANCH |
| dft | REBECCA ROBINSON |
| dft | RICHARD CARRAWAY |
| dft | RIDGEFIELD CAPITAL ASSET MANAGEMENT, L.P. |
| dft | RIETA DUFURRENA |
| dft | ROBERT AND ELIZABETH FAMILY FOUNDATION |
| dft | ROBERT CARRAWAY |
| dft | ROBERT ELLIS |
| dft | ROGER WELCH |
| dft | RONNIE GRAY |
| dft | ROSE VALLEY RANCH |
| dft | SAM BROWN |
| dft | SAWMILL CREEK LLC |
| dft | Scott Skinner |
| dft | TERRY ROBINSON |
| dft | THORLAKSON DIAMOND T FEEDERS, LP |
| dft | TOMMY MANION RANCH, INC. |
| dft | Thomas Thorlackson |
| dft | VERONICA REISZ |
| dft | VET INDUSTRIES FEED & SUPPLY |
| dft | WHITE ENERGY |
| dft | WILDFOREST CATTLE CO., LLC |
| dft | WILEY ROBY RUSSELL JR. |
| dft | WJ PERFORMANCE HORSES |
| dft | Wiley Roby Russell, Jr. as Trustee of the W. Robbi |

TOTAL: 76 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 25-02003-swe  Doc 107  Filed 09/18/25  Entered 09/18/25 23:24:27  Desc
Imaged Certificate of Notice   Page 6 of 10

| District/off: 0539-2 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Sep 16, 2025 | Form ID: pdf001 | Total Noticed: 5 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2025           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Defendant ARNOLD BRAUN abel@ssbtxlaw.com  abel@leal.law |
| Alan Dabdoub | on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. adabdoub@lynnllp.com, kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com |
| Farsheed Fozouni | on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. ffozouni@lynnllp.com |
| Flannery Nardone | on behalf of Defendant DWIGHT JESKO fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant MYKEL TIDWELL fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant PATRICIA JESKO fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant KEITH HARRIS FARMS fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant ERIC DEJARNATT fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant TGF RANCH fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant THOMAS FRITH fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant J&S INVESTMENTS fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant PITTMAN FARMS fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant JOE BURNETT fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant CALEB LITTLE fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant JEFF JESKO fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant RICK RODGERS fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant CORY JESKO fnardone@mhba.com |
| Flannery Nardone | on behalf of Defendant John Tidwell fnardone@mhba.com |

District/off: 0539-2      User: admin      Page 4 of 7
Date Rcvd: Sep 16, 2025      Form ID: pdf001      Total Noticed: 5

Flannery Nardone
     on behalf of Defendant BRENT BURNETT fnardone@mhba.com

Flannery Nardone
     on behalf of Defendant Tyler Pittman fnardone@mhba.com

Flannery Nardone
     on behalf of Defendant Keith A Myers fnardone@mhba.com

Hudson M. Jobe
     on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Jarrod Martin
     on behalf of Defendant WILLIAM WEDDINGTON jbmartin@bradley.com vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com

John F. Massouh
     on behalf of Defendant SHERLE LOCKWOOD john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant SCOTT LIVESTOCK COMPANY INC. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant LESH FAMILY TRUST john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant SUSAN VANBUSKIRK john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant GARY LESH TRUST john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant NIKKI LOCKWOOD john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant CARLA BROOKSHIRE john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant KATIE LESH john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant ROBERT GRAY john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant CHARLES LOCKWOOD john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant COLBY VANBUSKIRK john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant ROBERT BRUAN john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant WYATT GUNGOLL john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant SAM VANBUSKIRK john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant JORDAN LESH john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant GENE BROOKSHIRE FAMILY LP john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant GRAY BROTHERS CATTLE john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant Scott Long Colton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant RED RAIDER CATTLE LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant PEGGY GREER john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
     on behalf of Defendant SCARLET & BLACK CATTLE LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf001 | Total Noticed: 5 |

| | |
|---|---|
| | on behalf of Defendant GRAY FAMILY TRUST john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant WADE GUNGOLL john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant JIMMY GREER john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant Perez Livestock LLC john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant JARED LESH COWHORSES  INC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant GARY LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant MORRISON CAFE john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant ARNOLD BRAUN TRUST john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant DUSTIN JOHNSON john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant JANET VANBUSKIRK john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant LESH TRUCKING john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant JOEL BROOKSHIRE john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant JAN LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant GUNGOLL CATTLE CO  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant COLE LOCKWOOD john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant BRADLEY GUNGOLL john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant LYNDAL VANBUSKIRK john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant JARED LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant WILLIAM GUNGOLL john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant DENNIS BUSS john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant BRYAN BLACKMAN john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant ARNOLD BRAUN john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant JIM RININGER john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Defendant EDWIN BUSS john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| Kent Hale | |
| | on behalf of Defendant GARWOOD CATTLE COMPANY khale@mhbg.com |
| Kent Hale | |
| | on behalf of Defendant REINERT HAY CO khale@mhbg.com |
| Kent Hale | |
| | on behalf of Defendant PATRICK BAKER khale@mhbg.com |
| Kent Hale | |
| | on behalf of Defendant STANLEY AYERS khale@mhbg.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 7 |
| Date Rcvd: Sep 16, 2025 | Form ID: pdf001 | Total Noticed: 5 |

Kent David Ries
    on behalf of Interested Party Law Office of Kent Ries kent@kentries.com

Nathaniel Anson Plemons
    on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. Nathaniel.Plemons@oag.texas.gov, mgonzalez@lynnllp.com

Peter Sode
    on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. csode@lynnllp.com, mspear@lynnllp.com

Stephen Barnes
    on behalf of Defendant CHELSEA MCCLAIN sbarnes@wgmfirm.com

Steven G Gersten
    on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. sgersten@lynnllp.com, sjohnston@lynnllp.com

Steven Lee Hoard
    on behalf of Defendant KEITH HARRIS FARMS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant MYKEL TIDWELL shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant STANLEY KEITH MYERS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant PITTMAN FARMS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant J&S INVESTMENTS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant CORY JESKO shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant RICK RODGERS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant TGF RANCH shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant ERIC DEJARNATT shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant DWIGHT JESKO shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant TYLER PITTMAN shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant JOE BURNETT shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant John Tidwell shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant CALEB LITTLE shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant THOMAS FRITH shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant BRENT BURNETT shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant JEFF JESKO shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

District/off: 0539-2 User: admin Page 7 of 7
Date Rcvd: Sep 16, 2025 Form ID: pdf001 Total Noticed: 5

| | |
|---|---|
| | on behalf of Defendant PATRICIA JESKO shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com |
| Whitney A Davis | on behalf of Defendant PHILIP RAPP whit@ekdlaw.com |
| Whitney A Davis | on behalf of Defendant Drake Cattle Company whit@ekdlaw.com |
| Whitney A Davis | on behalf of Defendant Joshua Ray Drake whit@ekdlaw.com |
| Whitney A Davis | on behalf of Defendant GALE FORCE QUARTER HORSES whit@ekdlaw.com |
| William Adam Franklin | on behalf of Defendant CHELSEA MCCLAIN bfranklin@bdflawfirm.com |

TOTAL: 100