ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL TO THE TRUSTEE

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 7 |
| MCCLAIN FEED YARD, INC., § | | |
| MCCLAIN FARMS, INC., and § | | CASE NO. 23-20084-SWE |
| 7M CATTLE FEEDERS, INC. § | | |
| § | | |
| DEBTORS [1] § | | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| KENT RIES, CHAPTER 7 § | | |
| TRUSTEE FOR THE § | | |
| BANKRUPTCY ESTATES OF § | | |
| MCCLAIN FEED YARD, INC., § | | |
| MCCLAIN FARMS, INC., and 7M § | | |
| CATTLE FEEDERS, INC. § | | |
| § | | ADV. PRO. NO. 25-02003-SWE |
| PLAINTIFF § | | |
| V. § | | Honorable Scott W. Everett |
| § | | |
| ANGELA ROBINSON et al § | | |
| § | | |
| DEFENDANTS § | | |

**SUPPLEMENTAL EXHIBITS TO THE TRUSTEE'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS BASED ON FED. R. CIV. P. 4(M)**

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc., (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

COMES NOW Kent Ries, the Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. (Case No. 23-20084-SWE), McClain Farms, Inc. (Case No. 23-20085-SWE), and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE) and Plaintiff herein (the "Trustee"), and files the attached supplemental exhibits to the Trustee's Response to Defendants' Motions to Dismiss Based on Fed. R. Civ. P. 4(m) [ECF No. 135], as follows:

1. The Trustee is filing the attached exhibits which were inadvertently omitted from the Trustee's Response to Defendants' Motion to Dismiss Based on Fed. R. Civ. P. 4(m) [ECF No. 135] (the "Response"):

    a. Exhibits J, U, and X to the Response;

    b. The Declaration of Frederick "Rick" F. Cass in support of the Response to include the exhibits referenced therein (which were already filed and attached as exhibits to the Response, albeit under different exhibit numbers); and

    c. The Declaration of Hudson Jobe, authenticating the remaining documentary exhibits.

2. The Trustee will provide a copy of the Response with all exhibits thereto and declarations in support on a USB drive in advance of any hearing on Defendants' Motions to Dismiss, in accordance with the Court's policies and procedures.

Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
Steven G. Gersten
State Bar No. 24087579
sgersten@lynnllp.com
Farsheed Fozouni
State Bar No. 24097705
ffozouni@lynnllp.com
Campbell Sode
State Nar No. 24134507
csode@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:    214-981-3800
Facsimile:    214-981-3839

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**