# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Debtors.*[1] | Chapter 7<br><br>CASE NO. 23-20084-swe<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ANGELA ROBINSON, et al.,<br><br>*Defendants.*[2] | ADV. PROC. NO. 25-02003-swe<br><br>Honorable Scott W. Everett |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

[2] The Defendants named in the First Amended Complaint are Angela Robinson, Terry Robinson, Rebecca Robinson, 2B Farms, Arnold Braun, Arnold Braun Trust, Robert Bruan, C Heart Ranch LLC, Colette Lesh f/k/a Colette Brooks, Jan Lesh, Gary Lesh, Jared Lesh, Lesh Trucking, Joel Lesh, Lazy J Arena, Morrison Café, LLC, Gary Lesh Trust, Lesh Family Trust, Katie Lesh, Jordan Lesh, Jared Lesh Cowhorses, Inc., Gray Brothers Cattle, Gray Family Trust, Ronnie Gray, Robert Gray, Bradley Gungoll, Gungoll Cattle Co. LLC, Wade Gungoll, William Gungoll, Cory Jesko, Jeff Jesko, Dwight Jesko, Patricia Jesko, Daniel Jesko, Daniel Jesco Farms, Don Jones Trucking, Inc., Curt Jones, Kinsey Jones, Curtis Jones Farms, Don Jones Farm, Inc., Don Jones, Jones Family Cattle, Ridgefield Capital Asset Management, L.P., Robert Ellis, Elizabeth Ellis, Robert and Elizabeth Family Foundation, TGF Ranch, Thomas Frith, Wildforest Cattle Co., LLC, Sam Brown, Colby Vanbuskirk, Lyndal Vanbuskirk, Janet Vanbuskirk, Frank Vanbuskirk, Susan Vanbuskirk, Sam Vanbuskirk, Charles Lockwood, Nikki Lockwood, Cole Lockwood, Sherle Lockwood, Priest Victory Investment, LLC, Priest Cattle Company, LTD., Corey Priest, Tyler Pittman, Pittman Farms, DAC83 LLC, Open A Arena, LLC, Doug Pritchett, 2DEEP Construction LLC, Brandon Dufurrena, Rieta Dufurrena, Ed Dufurrena, Scarlet & Black Cattle, LLC, Red Raider Cattle, LLC, Carraway Cattle LLC, Richard Carraway, Robert Carraway, Gene Brookshire Family LP, Joel Brookshire, Carla Brookshire, Philip Rapp, Rapp Ranch, Big Seven Capital Partners, LLC, Bryan Blackman, Bravo Golf Aviation LLC, Dennis Buss, Edwin Buss, Bettye Butler, Billy Butler, Caleb Little, Dannie Winfrey, Diamond B Productions LLC, Eric Dejarnatt, Edwin Stewart, Ernest Gard, Gale Force Quarter Horses, Garwood Cattle Company, J&S Investments, Jim Rininger, Jimmy Greer, Peggy Greer, Joe Burnett, Dustin Johnson, Keith Harris Farms, Map Enterprises, Inc., Michael Cooper, Patrick Baker, Ralph Reisz, Veronica Reisz, Roger Welch, Rose Valley Ranch, Sawmill Creek LLC, Scott Livestock Company, Inc., Stanley Keith Myers, Tommy Manion Ranch, Inc., Brent Burnett, Codie Perry, Mykel Tidwell, Rick Rodgers, Stanley Ayers, Thorlakson Diamond T Feeders, LP, Wiley Roby Russell, Jr. As Trustee of the W. Robbie

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that by agreement of the parties, the hearings previously set for December 16, 2025 shall be reseat and held on **January 16, 2026 at 9:30 a.m.** on the following matters: Keith Harris Farms Inc.'s Motion to Dismiss Adversary Proceeding (Dkt. No. 70), Tyler Pittman, Pittman Farms, Keith Myers, Caleb Little, and J & S Investments' Motion to Dismiss Adversary Proceeding (Dkt. No. 71), Rick Rodgers, Mykel Tidwell, John Tidwell, Eric DeJarnatt, Brent Burnett, Joe Burnett, Cory Jesko, Jeff Jesko, Dwight Jesko, and Patricia Jesko's Motion to Dismiss Adversary Proceeding (Dkt. No. 72), Thomas Frith and TGF Ranch, LLC's Motion to Dismiss Adversary Proceeding (Dkt. No. 73), Stanley Ayers and Garwood Cattle Company's Motion to Dismiss Adversary Proceeding (Dkt. No. 85), Reinert Hay Co.'s Motion to Dismiss Adversary Proceeding (Dkt. No. 87), Patrick Baker's Motion to Dismiss Adversary Proceeding (Dkt. No. 96), Curtis Jones, Curtis Jones Farms, Donald Jones, Donald Jones Farm, Inc., Don Jones Trucking, Inc., Kinsey Jones, and Jones Family Cattle, LLC's Motion to Dismiss Adversary Proceeding (Dkt. No. 127), and Wildforest Cattle Co., LLC and Sam Brown's Motion to Dismiss Adversary Proceeding (Dkt. No. 128).  Such hearing will be held before the Honorable Scott W. Everett, United States Bankruptcy Judge for the Northern District of Texas, in Courtroom 3 on the 14th Floor at 1100 Commerce Street, Dallas, Texas 75242.

PLEASE TAKE FURTHER NOTICE that parties may appear in person via WebEx (by video or telephone) by accessing the meeting/dial-in information on the Court's website

---

Russell Living Trust, WJ Performance Horses, Heartland Coop, Land O Lakes AG Service, Reinert Hay Co., Vet Industries Feed & Supply, White Energy, Crystal McClain, Chelsea McClain, Piper McClain, Kristin McClain, Colton Scott Long, Keeling Cattle Feeders, Thomas Thorlakson, Jared Grell, John Tidwell, Kingdom Trust Company, Mark Fricouf, Michael Evans, William Weddington, Nathan Michael Hoyle, Joshua Ray Drake, Drake Cattle Company, and Perez Livestock LLC.

([www.txnb.uscourts.gov](www.txnb.uscourts.gov)) under Judge Everett's "Hearing Dates and Calendar" tab prior to the hearing.

- **For WebEx Video Appearance**: Link: https://us-courts.webex.com/meet/everett

- **For WebEx Telephonic Only Appearance**: 1-650-479-3207; Access code: 2304 017 9738

A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit A.**

Respectfully submitted,

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on December 9, 2025.

*/s/Hudson M. Jobe*