ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL TO THE TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Debtors.*[1] | § § § § § § § § | Chapter 7<br><br>CASE NO. 23-20084-swe<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ANGELA ROBINSON, et al.,<br><br>*Defendants.*[2] | § § § § § § § § § § § § § § § § | ADV. PROC. NO. 25-02003-swe<br><br>Honorable Scott W. Everett |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

[2] The Defendants named in the First Amended Complaint are Angela Robinson, Terry Robinson, Rebecca Robinson, 2B Farms, Arnold Braun, Arnold Braun Trust, Robert Bruan, C Heart Ranch LLC, Colette Lesh f/k/a Colette Brooks, Jan Lesh, Gary Lesh, Jared Lesh, Lesh Trucking, Joel Lesh,

## WITNESS AND EXHIBIT LIST

TO THE HONORABLE SCOTT W. EVERETT, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Plaintiff Kent Ries, the Chapter 7 Trustee ("**Trustee**") of the bankruptcy estates of McClain Feed Yard, Inc. ("**MFY**") and files this Witness and Exhibit List for the hearing set for January 16, 2026 at 9:30 a.m. on the following matters: *Keith Harris Farms Inc.'s Motion to Dismiss Adversary Proceeding* (ECF 70), *Tyler Pittman, Pittman Farms, Keith Myers, Caleb Little, and J&S Investments' Motion to Dismiss Adversary Proceeding* (ECF 71), *Rick Rodgers, Mykel Tidwell, John Tidwell, Eric DeJarnatt, Brent Burnett, Joe Burnett, Cory Jesko, Jeff Jesko, Dwight Jesko, and Patricia Jesko's Motion to Dismiss Adversary Proceeding* (ECF

---

Lazy J Arena, Morrison Café, LLC, Gary Lesh Trust, Lesh Family Trust, Katie Lesh, Jordan Lesh, Jared Lesh Cowhorses, Inc., Gray Brothers Cattle, Gray Family Trust, Ronnie Gray, Robert Gray, Bradley Gungoll, Gungoll Cattle Co. LLC, Wade Gungoll, William Gungoll, Cory Jesko, Jeff Jesko, Dwight Jesko, Patricia Jesko, Daniel Jesko, Daniel Jesco Farms, Don Jones Trucking, Inc., Curt Jones, Kinsey Jones, Curtis Jones Farms, Don Jones Farm, Inc., Don Jones, Jones Family Cattle, Ridgefield Capital Asset Management, L.P., Robert Ellis, Elizabeth Ellis, Robert and Elizabeth Family Foundation, TGF Ranch, Thomas Frith, Wildforest Cattle Co., LLC, Sam Brown, Colby Vanbuskirk, Lyndal Vanbuskirk, Janet Vanbuskirk, Frank Vanbuskirk, Susan Vanbuskirk, Sam Vanbuskirk, Charles Lockwood, Nikki Lockwood, Cole Lockwood, Sherle Lockwood, Priest Victory Investment, LLC, Priest Cattle Company, LTD., Corey Priest, Tyler Pittman, Pittman Farms, DAC83 LLC, Open A Arena, LLC, Doug Pritchett, 2DEEP Construction LLC, Brandon Dufurrena, Rieta Dufurrena, Ed Dufurrena, Scarlet & Black Cattle, LLC, Red Raider Cattle, LLC, Carraway Cattle LLC, Richard Carraway, Robert Carraway, Gene Brookshire Family LP, Joel Brookshire, Carla Brookshire, Philip Rapp, Rapp Ranch, Big Seven Capital Partners, LLC, Bryan Blackman, Bravo Golf Aviation LLC, Dennis Buss, Edwin Buss, Bettye Butler, Billy Butler, Caleb Little, Dannie Winfrey, Diamond B Productions LLC, Eric Dejarnatt, Edwin Stewart, Ernest Gard, Gale Force Quarter Horses, Garwood Cattle Company, J&S Investments, Jim Rininger, Jimmy Greer, Peggy Greer, Joe Burnett, Dustin Johnson, Keith Harris Farms, Map Enterprises, Inc., Michael Cooper, Patrick Baker, Ralph Reisz, Veronica Reisz, Roger Welch, Rose Valley Ranch, Sawmill Creek LLC, Scott Livestock Company, Inc., Stanley Keith Myers, Tommy Manion Ranch, Inc., Brent Burnett, Codie Perry, Mykel Tidwell, Rick Rodgers, Stanley Ayers, Thorlakson Diamond T Feeders, LP, Wiley Roby Russell, Jr. As Trustee of the W. Robbie Russell Living Trust, WJ Performance Horses, Heartland Coop, Reinert Hay Co., Vet Industries Feed & Supply, White Energy, Crystal McClain, Chelsea McClain, Piper McClain, Kristin McClain, Colton Scott Long, Keeling Cattle Feeders, Thomas Thorlakson, Jared Grell, John Tidwell, Kingdom Trust Company, Mark Fricouf, Michael Evans, William Weddington, Nathan Michael Hoyle, Joshua Ray Drake, Drake Cattle Company, and Perez Livestock LLC.

72), *Thomas Frith and TGF Ranch, LLC's Motion to Dismiss Adversary Proceeding* (ECF 73), *Stanley Ayers and Garwood Cattle Company's Motion to Dismiss Adversary Proceeding* (ECF 85), *Reinhart Hay Co.'s Motion to Dismiss Adversary Proceeding* (ECF 87), *Patrick Baker's Motion to Dismiss Adversary Proceeding* (ECF 96), *Curtis Jones, Curtis Jones Farms, Donald Jones, Donald Jones Farm, Inc., Don Jones Trucking, Inc., Kinsey Jones , and Jones Family Cattle, LLC's Motion to Dismiss Adversary Proceeding* (ECF 127), and *Wildforest Cattle Co., LLC and Sam Brown's Motion to Dismiss Adversary Proceeding* (ECF 128):

# I.
# WITNESS LIST

The Trustee reserves the right to call rebuttal or impeachment witnesses, as may be necessary.

# II.
# EXHIBIT LIST

The Trustee intends to submit the following exhibits, which were either attached to its Response or incorporated by reference therein.

| Exhibit | Description |
|---|---|
| Exhibit "1" | Declaration of Rick Cass |
| Exhibit "1-A" | May 22, 2024 Email correspondence |
| Exhibit "1-B" | List of email addresses |
| Exhibit "1-C" | May 29, 2024 Email correspondence |
| Exhibit "1-D" | May 31, 2024 Email correspondence |
| Exhibit "1-E" | May 22, 2024 Sample Letter from Lain Faulkner |
| Exhibit "1-F" | Lain Faulkner letter list of recipients |
| Exhibit "1-G" | May 21, 2024 Letter from Lain Faulkner |
| Exhibit "1-H" | Lain Faulkner May 21, 2024 letter list of recipients |
| Exhibit "1-I" | May 22, 2024 Letter from Lain Faulkner |

| | |
|---|---|
| Exhibit "1-J" | Lain Faulkner May 22, 2024 letter list of recipients |
| Exhibit "1-K" | Summary of documents produced |
| Exhibit "1-L" | Bank activity summary January 2018 to April 2023 |
| Exhibit "2" | Declaration of Hudson Jobe |
| Exhibit "2-N" | March 2, 2025 Email correspondence |
| Exhibit "2-O" | March 12, 2025 Email correspondence |
| Exhibit "2-Q" | July 30, 2025 Email correspondence |
| Exhibit "2-R" | July 2, 2025 Email correspondence |
| Exhibit "2-S" | July 28, 2025 Email correspondence |
| Exhibit "2-T" | July 30, 2025 Email correspondence |
| Exhibit "2-U" | April 30, 2025 Email correspondence |
| Exhibit "2-V" | May 2025 Email correspondence |
| Exhibit "2-W" | May 15, 2025 Email correspondence |
| Exhibit "2-X" | May 15, 2025 Email correspondence |
| Exhibit "2-Y" | August 2025 Email correspondence |
| Exhibit "2-Z" | May 2025 Email correspondence |
| Exhibit "2-AA" | August 2025 Email correspondence |
| Exhibit "2-BB" | May 2025 Email correspondence |
| Exhibit "3" | Redlined version of First Amended Complaint |
| Exhibit "4" | Declaration of Kent Ries with Exhibit A Analysis |

The Trustee further designates the specific pleadings and Proofs of Claim in the Debtors' bankruptcy cases and related adversary proceeding referenced in the subject Responses, as well as any other filings in the Debtors' bankruptcy cases and related adversary proceedings. The Trustee further designates any documents required for impeachment or rebuttal. The Trustee reserves the right to amend this designation of witnesses and exhibits as appropriate.

Dated: January 13, 2026.

Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
P. Campbell Sode
State Bar No. 24134507
csode@lynnllp.com
Farsheed Fozouni
State Bar No. 24097705
ffozouni@lynnllp.com
Steven G. Gersten
State Bar No. 24087579
sgersten@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:   214-981-3800
Facsimile:   214-981-3839

Hudson M. Jobe
State Bar No. 24041189
hjobe@jobelawpllc.com
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone:   (214) 807-0563

**SPECIAL COUNSEL TO THE TRUSTEE**