UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE:<br>MCCLAIN FEED YARD, INC.,<br>MCCLAIN FARMS, INC., and<br>7M CATTLE FEEDERS, INC.<br><br>DEBTORS¹ | § § § § § § § | CHAPTER 7<br><br>CASE NO. 23-20084-SWE<br><br>JOINTLY ADMINISTERED |
| KENT RIES, CHAPTER 7<br>TRUSTEE FOR THE<br>BANKRUPTCY ESTATES OF<br>MCCLAIN FEED YARD, INC.,<br>MCCLAIN FARMS, INC., and 7M<br>CATTLE FEEDERS, INC.<br><br>PLAINTIFF<br>V.<br><br>ANGELA ROBINSON et al<br><br>DEFENDANTS | § § § § § § § § § § § § § | ADV. PRO. NO. 25-02003-SWE<br><br>Honorable Scott W. Everett |

**DECLARATION OF FREDERICK "RICK" F. CASS IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS BASED ON FED. R. CIV. P. 4(M)**

1. I am a resident of Heath, Rockwall County, Texas; am over the age of 21 years and am of sound mind and have never been convicted of an offense.

2. I am an employee of Lain, Faulkner & Co., P.C. ("Lain Faulkner"), an accounting firm retained by the Chapter 7 Trustee in the above-captioned Chapter 7 cases. I have first-hand involvement and knowledge of the events described herein.

3. Lain Faulkner has assisted the Trustee in obtaining and reviewing discovery from over 100 parties in connection with the discovery orders entered at Docket Numbers 233 and 234 in Case No. 23-20084. Lain Faulkner assisted by: (i) creating a public website with the discovery orders available to view online (ii) creating separate upload links for each of the claimants to use to submit their documents to the Trustee; and (iii) sending hundreds of separate emails and certified letters to

---

¹ The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc., (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

PAGE 1

the claimants. Lain Faulkner utilized the names, address, email addresses, and attorney associations known at that time based upon the USDA claims, Proofs of Claim, and filings in the Debtors' bankruptcy cases to assemble the contact list.

4. Lain Faulkner sent separate emails to each claimant with known email addresses and/or counsel an email on May 22, 2024 with the information on the Order and a separate upload link. A representative example email is attached as Exhibit A. Exhibit B is the list of email addresses utilized for communications. A follow-up email was sent to parties and counsel on May 29, 2024 – a representative example of this email is attached as Exhibit C. A third follow-up email was sent to counsel on May, 31, 2024. Exhibit D is a representative example of this email.

5. In addition to email, Lain Faulkner mailed letters to counsel on May, 22, 2024 with this same information. Exhibit E is a sample of the letter sent to counsel on the list attached as Exhibit F. Lain Faulkner further sent certified letters to certain parties on May 21 and 22, 2024. Exhibit G is a representative example of the certified letters sent on May 21, 2024 to the list of parties set forth on Exhibit H. Exhibit I is a representative example of the certified letters sent on May 22, 2024 to the parties set forth on Exhibit J.

6. Many of the parties (even those represented by counsel) failed to comply with Judge Jones' order – some partially, and others entirely. Attached as Exhibit K hereto is a summary of the documents produced by the parties subject to the discovery orders entered at Docket Numbers 233 and 234. The 12 parties noted in yellow are believed to have likely produced all responsive documents. The 36 parties noted in green have either not produced any documents or appear to have only produced backup for those transactions including in their claims. 67 of the parties noted in orange highlight produced more documents than the backup for their claims but appear to have likely failed to produce all responsive documents.

7. With respect to the Movants: Brent Burnett, Joe Burnett, John Tidell, Mykell Tidwell, Eric Dejarnett, TGF Ranch,[2] Rick Rodgers, Dwight Jescko,[3] Stanley Ayers, and Garwood Cattle Company were each specifically named in the discovery orders, included in the Trustees communications efforts, and produced **zero** documents in response. Keith Harris provided certain banking records, but not bank statements confirming the relevant payors and payees on the account, or communications.

8. With respect to banking records, the Trustee has sought and been provided with certain banking records from the Debtors' depository banks, Mechanics Bank and CFSB. A listing of the activity is attached as Exhibit L hereto. The volume of banking data is voluminous – for an approximate 4-year period, it includes at least 2,108 different payors and payees, 28,107 debit entries,

---

[2] Tom Frith was not expressly subject to the discovery order, but his related entity TGF Ranch was expressly named.
[3] Dwight Jescko's wife, Patricia, was not expressly named in the discovery order, but her husband was named. Neither produced records.

PAGE 2

10,805 credit entries, and $4,365,825,711.28 of dollar volume activity further detailed on Exhibit L. Given the lack of production by the vast majority of the claimants, including many of the Movants, Lain Faulkner's knowledge of the Debtors' pre-bankruptcy transactions and possible avoidance claims required a considerable forensic accounting effort that was made more extensive due to the lack of reliable Debtor records and production of transactional and banking records by the claimants.

9. I swear or affirm that the foregoing is true and correct to the best of my knowledge.

Dated: October 10, 2025.

_____
Frederick "Rick" F. Cass