# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: <br> MCCLAIN FEED YARD, INC., <br> MCCLAIN FARMS, INC., and <br> 7M CATTLE FEEDERS, INC. <br><br> DEBTORS [1] | § § § § § § | CHAPTER 7 <br><br> CASE NO. 23-20084-SWE <br><br><br> JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| KENT RIES, CHAPTER 7 <br> TRUSTEE FOR THE <br> BANKRUPTCY ESTATES OF <br> MCCLAIN FEED YARD, INC., <br> MCCLAIN FARMS, INC., and 7M <br> CATTLE FEEDERS, INC. <br><br> PLAINTIFF <br> V. <br><br> ANGELA ROBINSON et al <br><br> DEFENDANTS | § § § § § § § § § § § § § | <br><br><br><br><br><br> ADV. PRO. NO. 25-02003-SWE <br><br> Honorable Scott W. Everett |

## DECLARATION OF HUDSON M. JOBE IN SUPPORT OF RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS BASED ON FED. R. CIV. P. 4(M)

1. I am a resident of Dallas, Dallas County, Texas; am over the age of 21 years and am of sound mind and have never been convicted of an offense.

2. I am an attorney admitted to practice in the State of Texas, and possess all of the qualifications of an attorney in the State of Texas.

3. I am an attorney representing the duly appointed and acting Chapter 7 Trustee of the above-captioned Chapter 7 estates.

4. In connection with the Response to Defendants' Motions to Dismissed Based on Fed. R. Civ. P. 4(m), the exhibits attached as N-O and Q-BB are all true and correct copies of the subject emails referenced in the Response.

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc., (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

5. I swear or affirm that the foregoing is true and correct to the best of my knowledge.

Dated: October 21, 2025.                                    */s/ Hudson M. Jobe*
                                                            Hudson M. Jobe