| | |
|---|---|
| **From:** | Hudson Jobe |
| **To:** | Steven Gersten |
| **Subject:** | FW: McClain Lawsuit |
| **Date:** | Tuesday, October 21, 2025 12:37:29 AM |
| **Attachments:** | image001.png |

## Hudson Jobe

**Board Certified in Business Bankruptcy**

**Texas Board of Legal Specialization**

**Direct: (214) 807-0563 | Cell: (214) 514-5656**

hjobe@jobelawpllc.com

## Jobe Law PLLC

**6060 North Central Expressway, Suite 500**

**Dallas, Texas 75206 | www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** David Kelly <dkelly@kkhblaw.com>
**Sent:** Friday, May 16, 2025 9:34 AM
**To:** Hudson Jobe <hjobe@jobelawpllc.com>
**Cc:** Chad Swoveland <cswoveland@jobelawpllc.com>
**Subject:** RE: McClain Lawsuit

Hudson,

I represent Wildforest Cattle Company LLC and Sam Brown.  We would agree to waive service under the conditions proposed by your email below.  Wildforest Cattle Company LLC was dissolved last year by filing Articles of Dissolution with the Kentucky Secretary of State.

As far as other parties, I will have to get back to you.  I have clients who have been sued but to date, I have not been retained to represent them in this action.

Let me know if you have any questions or wish to discuss.

**DAVID L. KELLY**
Partner
270.448.0990 direct
270.448.8888 main
**kkhblaw.com**



**From:** Hudson Jobe <hjobe@jobelawpllc.com>
**Sent:** Thursday, May 15, 2025 2:41 PM
**To:** David Kelly <dkelly@kkhblaw.com>
**Cc:** Chad Swoveland <cswoveland@jobelawpllc.com>
**Subject:** McClain Lawsuit

[WARNING! This email originated outside of KKHB. Be wary of any attachments, links or requests for action]

David,

I am following up on the attached lawsuit. I'd like to do the following:

1. Confirm who you are representing;
2. Do a waiver of service with an initial response deadline;
3. Agree on the informal exchange by a date certain of additional banking/investment documents;
4. Discuss settlement, and further extend the response deadline while we are discussing.

Please let me know if this is generally agreeable. If so, please confirm whether you will be representing Wildforest Cattle Co., LLC and Sam Brown, and any other parties. Please also confirm the state of formation for the entity.

If I don't receive a response, we will plan on requesting and serving summons with the default 30 day response date.

Thanks,

**Hudson Jobe**
**Board Certified in Business Bankruptcy**
**Texas Board of Legal Specialization**

Direct: (214) 807-0563 | Cell: (214) 514-5656

hjobe@jobelawpllc.com

**Jobe Law PLLC**

**6060 North Central Expressway, Suite 500**

**Dallas, Texas 75206** | **www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.