# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Debtors*.[1] | Chapter 7<br><br>CASE NO. 23-20084-swe<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ANGELA ROBINSON, et al.,<br><br>*Defendants*.[2] | ADV. PROC. NO. 25-02003-swe<br><br>Honorable Scott W. Everett |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

[2] The Defendants named in the First Amended Complaint are Angela Robinson, Terry Robinson, Rebecca Robinson, 2B Farms, Arnold Braun, Arnold Braun Trust, Robert Bruan, C Heart Ranch LLC, Colette Lesh f/k/a Colette Brooks, Jan Lesh, Gary Lesh, Jared Lesh, Lesh Trucking, Joel Lesh, Lazy J Arena, Morrison Café, LLC, Gary Lesh Trust, Lesh Family Trust, Katie Lesh, Jordan Lesh, Jared Lesh Cowhorses, Inc., Gray Brothers Cattle, Gray Family Trust, Ronnie Gray, Robert Gray, Bradley Gungoll, Gungoll Cattle Co. LLC, Wade Gungoll, William Gungoll, Cory Jesko, Jeff Jesko, Dwight Jesko, Patricia Jesko, Daniel Jesko, Daniel Jesco Farms, Don Jones Trucking, Inc., Curt Jones, Kinsey Jones, Curtis Jones Farms, Don Jones Farm, Inc., Don Jones, Jones Family Cattle, Ridgefield Capital Asset Management, L.P., Robert Ellis, Elizabeth Ellis, Robert and Elizabeth Family Foundation, TGF Ranch, Thomas Frith, Wildforest Cattle Co., LLC, Sam Brown, Colby Vanbuskirk, Lyndal Vanbuskirk, Janet Vanbuskirk, Frank Vanbuskirk, Susan Vanbuskirk, Sam Vanbuskirk, Charles Lockwood, Nikki Lockwood, Cole Lockwood, Sherle Lockwood, Priest Victory Investment, LLC, Priest Cattle Company, LTD., Corey Priest, Tyler Pittman, Pittman Farms, DAC83 LLC, Open A Arena, LLC, Doug Pritchett, 2DEEP Construction LLC, Brandon Dufurrena, Rieta Dufurrena, Ed Dufurrena, Scarlet & Black Cattle, LLC, Red Raider Cattle, LLC, Carraway Cattle LLC, Richard Carraway, Robert Carraway, Gene Brookshire Family LP, Joel Brookshire, Carla Brookshire, Philip Rapp, Rapp Ranch, Big Seven Capital Partners, LLC, Bryan Blackman, Bravo Golf Aviation LLC, Dennis Buss, Edwin Buss, Bettye Butler, Billy Butler, Caleb Little, Dannie Winfrey, Diamond B Productions LLC, Eric Dejarnatt, Edwin Stewart, Ernest Gard, Gale Force Quarter Horses, Garwood Cattle Company, J&S Investments, Jim Rininger, Jimmy Greer, Peggy Greer, Joe Burnett, Dustin Johnson, Keith Harris Farms, Map Enterprises, Inc., Michael Cooper, Patrick Baker, Ralph Reisz, Veronica Reisz, Roger Welch, Rose Valley Ranch, Sawmill Creek LLC, Scott Livestock Company, Inc., Stanley Keith Myers, Tommy Manion Ranch, Inc., Brent Burnett, Codie Perry, Mykel Tidwell, Rick Rodgers, Stanley Ayers, Thorlakson Diamond T Feeders, LP, Wiley Roby Russell, Jr. As Trustee of the W. Robbie

## STIPULATION REGARDING RESPONSE DATE

Kent Ries, the Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe) and plaintiff in the above-captioned adversary proceeding (the "Trustee") and 2B Farms, a Texas General Partnership, Angela Robinson, and Terry & Rebecca Robinson (collectively the "Defendants," and together with the Trustee, the "Parties") hereby agree and stipulate as follows:

1. On March 2, 2025, the Trustee instituted the above-captioned adversary proceeding (the "Adversary Proceeding") by the filing of his Original Complaint for: (1) Avoidance and Recovery of Preferences and Fraudulent Transfers; (2) Disallowance and Subordination of Claims; and (3) Other Relief (Dkt. No. 1) (the "Complaint"). The Trustee amended the Complaint on April 26, 2025 by the filing of his First Amended Complaint for: (1) Avoidance and Recovery of Preferences and Fraudulent Transfers; (2) Disallowance and Subordination of Claims; and (3) Other Relief (Dkt. No. 9) (the "Amended Complaint").

2. The Defendants are represented by the undersigned counsel in the Adversary Proceeding, and the undersigned counsel has the authority to agree to the terms of this Stipulation on behalf of the Defendants.

3. The Parties agree that the Defendants' response date to the Amended Complaint will be January 30, 2026. If a Defendant fails to timely respond, a default judgment may be entered against that Defendant. This Stipulation is without prejudice to any further extension of the response date or objections thereto.

**AGREED:**

*/s/Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

---

Russell Living Trust, WJ Performance Horses, Heartland Coop, Reinert Hay Co., Vet Industries Feed & Supply, White Energy, Crystal McClain, Chelsea McClain, Piper McClain, Kristin McClain, Colton Scott Long, Keeling Cattle Feeders, Thomas Thorlakson, Jared Grell, John Tidwell, Kingdom Trust Company, Mark Fricouf, Michael Evans, William Weddington, Nathan Michael Hoyle, Joshua Ray Drake, Drake Cattle Company, and Perez Livestock LLC.

*/s/Todd J. Johnston*
Todd J. Johnston SBN 24050837
tjohnston@mcjllp.com
Timothy T. Pridmore SBN 00788224
tpridmore@mcjllp.com
**McWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
806-762-0214 – Telephone
806-762-8014 - Facsimile

**COUNSEL TO THE DEFENDANTS**