

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 28, 2026

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| MCCLAIN FEED YARD, INC., | § | |
| MCCLAIN FARMS, INC., and | § | CASE NO. 23-20084-SWE |
| 7M CATTLE FEEDERS, INC. | § | |
| | § | |
| DEBTORS [1] | § | JOINTLY ADMINISTERED |

| | | |
|---|---|---|
| KENT RIES, CHAPTER 7 | § | |
| TRUSTEE FOR THE | § | |
| BANKRUPTCY ESTATES OF | § | |
| MCCLAIN FEED YARD, INC., | § | |
| MCCLAIN FARMS, INC., and | § | |
| 7M CATTLE FEEDERS, INC. | | |
| | § | ADV. PRO. NO. 25-02003-SWE |
| PLAINTIFF | § | |
| V. | § | Honorable Scott W. Everett |
| | § | |
| ANGELA ROBINSON et al | § | |
| | § | |
| DEFENDANTS | § | |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc., (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

# ORDER

Before the Court are Defendants' ("Defendants") Motions to Dismiss [Docket Nos. 70, 71, 72, 73, 85, 87, 96, 127, and 128] (collectively, the "Motions"). The Court has considered the Motions, the responses, the replies, the arguments of counsel presented at the hearing held on January 16, 2026, and the applicable law.

For the reasons stated on the record,

It is **ORDERED** that Defendants' Motions to Dismiss [Docket Nos. 70, 71, 72, 73, 85, 87, 96, 127, 128] are **DENIED**. The Plaintiff shall have 30 days from the date of the entry of this order to effectuate service on the Movants and on defendants whom have not been served in this proceeding.

### END OF ORDER ###

Order submitted by:

Alan Dabdoub (SBN 24056836)
P. Campbell Sode (SBN 24134507)
Farsheed Fozouni (SBN 24097705)
Steven G. Gersten (SBN 24087579)
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:     214-981-3800
Facsimile:      214-981-3839
adabdoub@lynnllp.com
csode@lynnllp.com
ffozouni@lynnllp.com
sgersten@lynnllp.com

Hudson M. Jobe (SBN 24041189)
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone:     (214) 807-0563

hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**