**Subject:** FW: Voice Mail (41 seconds)
**Attachments:** audio.mp3

**From:** +18643610382 (External) <noreply@skype.voicemail.microsoft.com>
**Sent:** Friday, August 15, 2025 9:03 AM
**To:** Hudson Jobe <hjobe@jobelawpllc.com>
**Subject:** Voice Mail (41 seconds)

hey this is james mcewan calling about the summons from mr job and kent reeves bankruptcy and wanting to send in some material just wanted to talk to someone i don't have a lawyer my phone number is 864-361-0382 and it's listed under kingdom trust in the summons thank you

You received a voice mail from +18643610382.

Thank you for using Transcription! If you don't see a transcript above, it's because the audio quality was not clear enough to transcribe.

Set Up Voice Mail