BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ES v. ANGELA ROBINSON et al | Trustees Motion to Extend found at doc. #188 Time for Service and Motion for Leave to Amend to Correct Party Names | Case # 25−02003−swe |
| DEBTOR | | |

**TYPE OF HEARING**

Kent Ries, Chapter 7 Trustee for the Bankruptcy Estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc.

*VS*

**PLAINTIFF / MOVANT**                                    **DEFENDANT / RESPONDENT**

Steven G. Gersten / Alan Dabdoub / Hudson J. Jobe

**ATTORNEY**                                              **ATTORNEY**

**EXHIBITS**

SEE PLAINTIFF WITNESS & EXHIBIT LIST FOUND AT DOC. #225

Court admitted Plaintiff's Exhibits #1 through #5P

| | | |
|---|---|---|
| Michael Edmond | February 9, 2026 | Scott W Everett |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |