ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL TO THE TRUSTEE

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| **MCCLAIN FEED YARD, INC.,** | § | |
| **MCCLAIN FARMS, INC., and** | § | **CASE NO. 23-20084-SWE** |
| **7M CATTLE FEEDERS, INC.** | § | |
| | § | |
| **DEBTORS** [1] | § | **JOINTLY ADMINISTERED** |

| | | |
|---|---|---|
| **KENT RIES, CHAPTER 7** | § | |
| **TRUSTEE FOR THE** | § | |
| **BANKRUPTCY ESTATES OF** | § | |
| **MCCLAIN FEED YARD, INC.,** | § | |
| **MCCLAIN FARMS, INC., and** | § | |
| **7M CATTLE FEEDERS, INC.** | § | |
| | § | **ADV. PRO. NO. 25-02003-SWE** |
| **PLAINTIFF** | § | |
| **V.** | § | **Honorable Scott W. Everett** |
| | § | |
| **ANGELA ROBINSON et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

## <u>NOTICE OF SETTLEMENT AS TO DEFENDANT CHELSEA MCCLAIN</u>

---

1 The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc., (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

Plaintiff, Kent Ries, in his capacity as Chapter 7 Trustee (the "Trustee") for the jointly administered bankruptcy estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc. (the "Estates"), files this Notice of Settlement and respectfully states:

1. The Trustee and Defendant Chelsea McClain have reached an agreement in principle resolving the Trustee's claims against Chelsea McClain asserted in this Adversary Proceeding.

2. The parties are in the process of finalizing a written settlement agreement reflecting the agreed terms.

3. Upon execution of the settlement agreement, the Trustee intends to file a Motion for Approval of Compromise and Settlement pursuant to Federal Rule of Bankruptcy Procedure 9019.

4. The Notice pertains solely to Defendant Chelsea McClain and does not affect the Trustee's claims against, or the rights of, any other defendants in this Adversary Proceeding.

Dated this 2nd day of March 2026.

Respectfully submitted,

/s/ Alan Dabdoub
Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
Campbell Sode
State Nar No. 24134507
csode@lynnllp.com
Farsheed Fozouni
State Bar No. 24097705
ffozouni@lynnllp.com
Steven G. Gersten
State Bar No. 24087579
sgersten@lynnllp.com

**Page 2**

**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
hjobe@jobelawpllc.com
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: 214-807-0563

**SPECIAL COUNSEL TO THE TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 2, 2026, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

*/s/ Alan Dabdoub*
Alan Dabdoub