BTXN 027 (rev. 06/13)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. and Dannie Winfrey §
§ Case No.:   23−20084−swe7
Debtor(s) § Chapter No.:  7
KENT RIES, CHAPTER 7 TRUSTEE FOR THE §
BANKRUPTCY ESTATES OF MCCLAIN FEED §
YARD, INC., MCCLAIN FARMS, INC., AND 7M §
CATTLE FEEDERS, INC. §
Plaintiff(s) § Adversary No.:  25−02003−swe
    vs.
ANGELA ROBINSON  et al.
Defendant(s)

Dear Steven Hoard:

    The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: The following motion to withdraw the reference was filed on 02/27/2026. Please file a status conference hearing or you may withdraw the motion.

    257 (10 pgs) Motion for withdrawal of reference. Fee amount $199, filed by Defendants BRENT BURNETT, CORY JESKO, CURTIS JONES FARMS, DON JONES FARM, INC., DON JONES TRUCKING, INC., DWIGHT JESKO, ERIC DEJARNATT, JEFF JESKO, JOE BURNETT, KINSEY JONES, MYKEL TIDWELL, PATRICIA JESKO, RICK RODGERS, John Tidwell, WILDFOREST CATTLE CO., LLC (Hoard, Steven)

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 48 hours from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  3/9/26                    FOR THE COURT:
                                  Stephen J Manz, Clerk of Court

                                  by: /s/Sheniqua Whitaker, Deputy Clerk
                                  sheniqua_whitaker@txnb.uscourts.gov