BTXN 027 (rev. 06/13)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: §<br>McClain Feed Yard, Inc. and Dannie Winfrey §<br>§<br>Debtor(s) §<br>KENT RIES, CHAPTER 7 TRUSTEE FOR THE §<br>BANKRUPTCY ESTATES OF MCCLAIN FEED §<br>YARD, INC., MCCLAIN FARMS, INC., AND 7M §<br>CATTLE FEEDERS, INC. §<br>Plaintiff(s) §<br>    vs.<br>ANGELA ROBINSON  et al.<br>Defendant(s) | Case No.:   23–20084–swe7<br>Chapter No.:  7<br><br><br><br>Adversary No.:   25–02003–swe |

Dear Steven Hoard:

    The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No–Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: The following motion to withdraw the reference was filed 02/27/2026. Please file a status conference hearing or you may withdraw the motion.

   253 (12 pgs) Motion for withdrawal of reference. Fee amount $199, filed by Defendants CALEB LITTLE, CURT JONES, DON JONES, J&S INVESTMENTS, JONES FAMILY CATTLE, KEITH HARRIS FARMS, Keith A Myers, PITTMAN FARMS, SAM BROWN, TGF RANCH, THOMAS FRITH, TYLER PITTMAN (Hoard, Steven)

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 48 from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  3/9/26                            FOR THE COURT:
                                                   Stephen J Manz, Clerk of Court

                                                   by: /s/Sheniqua Whitaker, Deputy Clerk
                                                 sheniqua_whitaker@txnb.uscourts.gov