**EXHIBIT C**

## McClain Feed Yard Bankruptcy — Party Reference Chart
Adversary Proceeding No. 25-02003-swe ■ Cases 23-20084 / 23-20085 / 23-20086

| # | Party Name | Motion Doc # | Named in Dkt 234? | USDA Claim Amount | Apparently Valid Amt | 23-20084 Claim # | 23-20084 Amount | 23-20085 Claim # | 23-20085 Amount | 23-20086 Claim # | 23-20086 Amount | Total Claimed (All Cases) | Named in Rabo Complaint? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GROUP 1 — Movants in Docs 253 & 255 (Keith Harris Farms et al.) \| Filed: 02/27/2026** | | | | | | | | | | | | | |
| 1 | Keith Harris Farms, Inc. | 253, 255 | No | — | — | — | — | — | — | — | — | — | No — Keith Harris (individual) named, not the farm entity |
| 2 | Tyler Pittman | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 3 | Pittman Farms | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 4 | Keith Myers | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 5 | J&S Investments | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 6 | Caleb Little | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 7 | Sam Brown | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 8 | Don Jones | 253, 255 | No | — | — | — | — | — | — | — | — | — | No — corporate entities named, not individual |
| 9 | Curtis Jones | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 10 | Jones Family Cattle, LLC | 253, 255 | No | — | — | — | — | — | — | — | — | — | No |
| 11 | Thomas Frith | 253, 255 | No | — | — | — | — | — | — | — | — | — | Yes — Non-Valid Claimant (as Tom Frith) |
| 12 | TGF Ranch | 253, 255 | Yes | $1,159,266.05 | $0.00 | — | — | — | — | — | — | — | Yes — Non-Valid Claimant (as TGF Ranch LLC) |
| **GROUP 2 — Movants in Docs 256 & 257 (Don Jones Trucking et al.) \| Filed: 02/27/2026** | | | | | | | | | | | | | |
| 1 | Don Jones Trucking, Inc. | 256, 257 | Yes | $1,250,833.14 | $0.00 | 12 | $1,250,833.14 | 10 | $1,250,833.14 | 11 | $1,250,833.14 | $3,752,499.42 | Yes — Non-Valid Claimant |
| 2 | Don Jones Farm, Inc. | 256, 257 | Yes | $7,673,566.08 | $0.00 | 13 | $7,069,139.14 | 11 | $7,069,139.14 | 12 | $7,069,139.14 | $21,207,417.42 | Yes — Non-Valid Claimant |
| 3 | Curtis Jones Farms | 256, 257 | Yes | $2,208,532.93 | $0.00 | 14 | $1,905,591.14 | 12 | $1,905,591.14 | 13 | $1,905,591.14 | $5,716,773.42 | Yes — Non-Valid Claimant |
| 4 | Kinsey Jones | 256, 257 | Yes | $353,831.49 | $0.00 | 11 | $353,831.49 | 9 | $353,831.49 | 10 | $353,831.49 | $1,061,494.47 | Yes — Non-Valid Claimant |
| 5 | Rick Rodgers | 256, 257 | Yes | $1,816,097.61 | $0.00 | — | — | 32 | $1,816,097.61 | — | — | $1,816,097.61 | Yes — Non-Valid Claimant |
| 6 | Mykel Tidwell | 256, 257 | Yes | $501,987.04 | $0.00 | — | — | 23 | $501,987.04 | — | — | $501,987.04 | Yes — Non-Valid Claimant (as Mykell Tidwell) |
| 7 | John Tidwell | 256, 257 | Yes | $242,727.59 | $0.00 | — | — | 25 | $242,727.59 | — | — | $242,727.59 | Yes — Non-Valid Claimant |
| 8 | Wildforest Cattle Co., LLC | 256, 257 | Yes | $5,382,859.66 | $0.00 | — | — | 24, 76 | $5,382,859.66 (x2) | — | — | $10,765,719.32 | Yes — Non-Valid Claimant |
| 9 | Eric DeJarnett | 256, 257 | Yes | $67,011.56 | $0.00 | 21 | $67,011.56 | 18 | $67,011.56 | 17 | $67,011.56 | $201,034.68 | Yes — Non-Valid Claimant (as Eric De Jarnett) |
| 10 | Brent Burnett | 256, 257 | Yes | $175,340.77 | $0.00 | 17 | $175,340.77 | 16 | $175,340.77 | 15 | $175,340.77 | $526,022.31 | Yes — Non-Valid Claimant |
| 11 | Joe Burnett | 256, 257 | Yes | $206,442.05 | $0.00 | 18, 19 | $206,442.05 (x2) | — | — | 16 | $206,442.05 | $619,326.15 | Yes — Non-Valid Claimant |
| 12 | Dwight Jesko | 256, 257 | Yes | $309,548.16 | $0.00 | 23 | $317,638.83* | 20 | $317,638.83* | 19 | $317,638.83* | $952,916.49* | Yes — Non-Valid Claimant |
| 13 | Patricia Jesko | 256, 257 | No | — | — | 23* | $317,638.83* | 20* | $317,638.83* | 19* | $317,638.83* | $952,916.49* | No |
| 14 | Cory Jesko | 256, 257 | Yes | $84,504.22 | $0.00 | 24 | $106,050.00* | 21 | $106,050.00* | 20 | $106,050.00* | $318,150.00* | Yes — Non-Valid Claimant |
| 15 | Jeff Jesko | 256, 257 | No | — | — | 24* | $106,050.00* | 21* | $106,050.00* | 20* | $106,050.00* | $318,150.00* | No |

**NOTES:**
- Dkt 234 = Order Granting 2004 Exam of USDA Dealer Trust Claimants, signed 04/25/2024.
- * Dwight & Patty Jesko filed jointly (POC listed as 'Dwight and Patty Jesko'); Cory & Jeff Jesko filed jointly (POC listed as 'Cory and Jeff Jesko'). Amounts shown reflect the joint filing.
- Rabo column: Rabo AgriFinance LLC v. McClain Feed Yard et al., Adv. Proc. No. 23-02005-rlj (N.D. Tex.). All named parties classified as Non-Valid Claimants per RAF's First Amended Complaint (filed 11/30/2023). 'Keith Harris' (individual) is named — Keith Harris Farms, Inc. is not. Don Jones corporate entities named — Don Jones individually is not. Patricia Jesko and Jeff Jesko not named.