BTXN 138 (rev. 09/22)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: | § |
| McClain Feed Yard, Inc. and Dannie Winfrey | § |
| | §    Case No.:    23–20084–swe7 |
| Debtor(s) | §    Chapter No.:    7 |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE | § |
| BANKRUPTCY ESTATES OF MCCLAIN FEED | § |
| YARD, INC., MCCLAIN FARMS, INC., AND 7M | § |
| CATTLE FEEDERS, INC. | § |
| Plaintiff(s) | §    Adversary No.:    25–02003–swe |
| vs. | § |
| ANGELA ROBINSON  et al. | §    Civil Case No.: |
| Defendant(s) | § |
| | § |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE | § |
| BANKRUPTCY ESTATES OF MCCLAIN FEED | § |
| YARD, INC., MCCLAIN FARMS, INC., AND 7M | § |
| CATTLE FEEDERS, INC | § |
| Plaintiff(s) | § |
| vs. | |
| ANGELA ROBINSON et al. | |
| Defendant(s) | |

## NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

☑    One copy of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case) **NOTE**:
A Status Conference has been set for April 20, 2026 at 1:30p.m., in  United States Bankruptcy
Judge for the Northern District of Texas, in Courtroom 3 on the 14th floor at 1100 Commerce
Street, Dallas, Texas 75242  before U.S. Bankruptcy Judge  Scott W. Everett . The
movant/plaintiff, respondent/defendant or other affected parties are required to attend the Status
Conference.

☑    One copy of:  Objection to Motion to Withdraw the Reference .

DATED:  3/26/26                        FOR THE COURT:
                                       Stephen J Manz, Clerk of Court

                                       by: /s/Sheniqua Whitaker, Deputy Clerk

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.:  23–20084–swe7

Adversary No.:  25–02003–swe

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Scott W Everett
    Johnny Kalthoff
    Ben Culpepper
    Attorney(s) for Appellant
    US Trustee

**Plaintiff**   KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., and 7M CATTLE FEEDERS, INC.

Alan Dabdoub
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Ave., Ste. 2700
Dallas, TX 75201
(214) 981–3800

Farsheed Fozouni
Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Ste 2700
Dallas, TX 75201
214–981–3800

Steven G Gersten
Lynn Pinker Hurst & Schwegmann
2100 Ross Ave
Suite 2700
Ste Floor 27
Dallas, TX 75201
214–292–3663

Hudson M. Jobe
Jobe Law PLLC
6060 North Central Expressway
Suite 500
Dallas, TX 75206
214–807–0563

Nathaniel Anson Plemons
Office of the Texas Attorney General
P.O. Box 12548 (MC–059)
Austin, TX 78711–2548
512–936–1700


Peter Sode
Lynn Pinker Hurst & Schwegmann
4242 Lomo Alto Dr. Apt. N92
Dallas, TX 75219
469–586–8589


**Defendant**   ANGELA ROBINSON

Joshua A. Lesser
Bradley Arant Boult Cummings LLP
600 Travis St.
Ste. 5600
Houston, TX 77002
713–576–0347


**Defendant**   ARNOLD BRAUN

Abel Angel Leal
Simmons Smith Brown, PLLC
400 13th St.
P.O. Box 180
Canyon, TX 79015
214–395–5325


John F. Massouh
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468–3337

**Defendant**  ROBERT BRUAN, JAN LESH, GARY LESH, JARED LESH, LESH TRUCKING, MORRISON CAF, GARY LESH TRUST, LESH FAMILY TRUST, KATIE LESH, JORDAN LESH, JARED LESH COWHORSES, INC, GRAY BROTHERS CATTLE, GRAY FAMILY TRUST, ROBERT GRAY, BRADLEY GUNGOLL, GUNGOLL CATTLE CO, LLC, WADE GUNGOLL, WILLIAM GUNGOLL, WYATT GUNGOLL, DON JONES TRUCKING, INC., CURT JONES, KINSEY JONES, CURTIS JONES FARMS, DON JONES FARM, INC., DON JONES, JONES FAMILY CATTLE, COLBY VANBUSKIRK, LYNDAL VANBUSKIRK, SUSAN VANBUSKIRK, SAM VANBUSKIRK, CHARLES LOCKWOOD, NIKKI LOCKWOOD, COLE LOCKWOOD, SHERLE LOCKWOOD, SCARLET & BLACK CATTLE, LLC, RED RAIDER CATTLE, LLC, GENE BROOKSHIRE FAMILY LP, JOEL BROOKSHIRE, CARLA BROOKSHIRE, BRYAN BLACKMAN, DENNIS BUSS, EDWIN BUSS, JIM RININGER, JIMMY GREER, PEGGY GREER, DUSTIN JOHNSON, SCARLET & BLACK CATTLE, LLC, RED RAIDER CATTLE, LLC, GENE BROOKSHIRE FAMILY LP, JOEL BROOKSHIRE, CARLA BROOKSHIRE, SCOTT LIVESTOCK COMPANY, INC., Perez Livestock LLC, and Scott Long Colton

John F. Massouh
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101
(806) 468–3337

**Defendant**  WILLIAM WEDDINGTON

Jarrod Martin
Bradley Arant Boult Cummings LLP
600 Travis Street
Suite 5600
Houston, TX 77002
713–576–0388

**Defendant**  CORY JESKO, JEFF JESKO, DWIGHT JESKO, PATRICIA JESKO, TGF RANCH, THOMAS FRITH, TYLER PITTMAN, PITTMAN FARMS, CALEB LITTLE, ERIC DEJARNATT, J&S INVESTMENTS, JOE BURNETT, KEITH HARRIS FARMS, PITTMAN FARMS, BRENT BURNETT, MYKEL TIDWELL, RICK RODGERS, John Tidwell, and Keith A Myers

Steven Lee Hoard
Mullin, Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, TX 79120–1656
(806)337–1112

Flannery Nardone
Mullin Hoard & Brown, LLP
2515 McKinney Ave.
Suite 900
Dallas, TX 75201
214–754–0040

**Defendant**  DANNIE WINFREY

Ellen A. Kennedy
Dinsmore
100 W. Main Street.
Ste 900
Lexington, KY 40507
859–425–1020

**Defendant**   DANIEL JESKO and DANIEL JESCO FARMS

Benjamin H. Davidson, II
McCleskey Law Firm
5010 University Avenue, Suite 500
Lubbock, TX 79413
(806) 796–7300

Mary Kathleen Davidson
McCleskey, Harriger, Brazill & Graf,L.L.P.
5010 University Avenue
Ste 5th Floor
Lubbock, TX 79413
806–796–7333

**Defendant**   BRANDON DUFURRENA, RIETA DUFURRENA, and ED DUFURRENA, Mark Fricouf, and Jared Grell

Kenneth R. Netardus
Stockton Johnston Brown & Netardus, P.C.
P.O. Box 3280
1030 N. Western
Amarillo, TX 79116–3280
(806) 372–2202

**Defendant**   Keeling Cattle Feeders and Thomas Thorlakson

Michael S Duncan
Naman, Howell, Smith & Lee
8310 N Capital of Texas Hwy
Ste 490
Austin, TX 78731
512–807–2465
David L. LeBas
Naman, Howell, Smith & Lee, PLLC
8310 Capitol of Texas Highway, Suite 490
Austin, TX 78731
(512) 479–0300

**Defendant**   WILDFOREST CATTLE CO., LLC, SAM BROWN, and STANLEY KEITH MYER

Steven Lee Hoard
Mullin, Hoard & Brown, L.L.P.
P.O. Box 31656
Amarillo, TX 79120–1656
(806)337–1112

**Defendant**   PHILIP RAPP, GALE FORCE QUARTER HORSES, MICHAEL COOPER, ROSE VALLEY RANCH, Drake Cattle Company, and Joshua Ray Drake

Whitney A Davis
Eggleston King Davis, LLP
102 Houston Avenue
Suite 300
Weatherford, TX 76086
817–596–4200

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.:  23–20084–swe7

Adversary No.:  25–02003–swe

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Scott W Everett
    Johnny Kalthoff
    Ben Culpepper
    Attorney(s) for Appellant
    US Trustee

**Defendant**   THORLAKSON DIAMOND T FEEDERS, LP

David L. LeBas
Naman, Howell, Smith & Lee, PLLC
8310 Capitol of Texas Highway, Suite 490
Austin, TX 78731
(512) 479–0300

**Defendant**   GARWOOD CATTLE COMPANY, and STANLEY AYERS

Adam M. Back
Stoll Keenon Ogden PLLC
300 West Vine Street
Suite 2100
Lexington, KY 40507–1801
859–231–3910

Benjamin H. Davidson, II
McCleskey Law Firm
5010 University Avenue, Suite 500
Lubbock, TX 79413
(806) 796–7300

Kent Hale
McCleskey Harriger Brazil & Graff, LLP
5010 University
Ste 500
Lubbock, TX 79413
806–796–7613

**Defendant**   PATRICK BAKER, and REINERT HAY CO

Benjamin H. Davidson, II
Stoll Keenon Ogden PLLC
300 West Vine Street
Suite 2100
Lexington, KY 40507–1801
859–231–3910

Kent Hale
McCleskey Harriger Brazil & Graff, LLP
5010 University
Ste 500
Lubbock, TX 79413
806–796–7613

**Defendant**   RALPH REISZ and VERONICA REISZ

Donald E. Hood
Turley Law Center
6440 North Central Expwy. Ste 605
Dallas, TX 75206
(214) 234–0529

Steven D Wilson
Wilkey & Wilson, PSC
111 West Second Street
Kentucky
Owensboro, KY 42303
270–685–6000
LEAD ATTORNEY

**Defendant**   CHELSEA MCCLAIN

Stephen Barnes
Walther, Gay & Mack, PLC
163 E. Main Street
Ste 200
Lexington, KY 40507
859–225–4714

William Adam Franklin
Boerner Dennis & Franklin PLLC
P.O. Box 1738
Lubbock, TX 79408
806–763–0044

**Defendant**   TERRY ROBINSON, REBECCA ROBINSON, 2B FARMS, Wiley Roby Russell, Jr. as Trustee of the W. Robbie Russell Living Trust, MICHAEL EVANS, PRIEST VICTORY INVESTMENT, LLC, CARRAWAY CATTLE, RICHARD CARRAWAY, ROBERT CARRAWAY, COREY PRIEST, C HEART RANCH LLC, COLETTE LESH F/K/A COLETTE BROOKS, FRANK VANBUSKIRK, JOEL LESH, LAZY J ARENA, RONNIE GRAY, BETTYE BUTLER, BILLY BUTLER, CARRAY CATTLE LLC, RICHARD CARRAWAY, ROBERT CARRAWAY, CODIE PERRY, MAP ENTERPRISES, INC., DIAMOND B PRODUCTIONS LLC, EDWIN STEWART, ERNEST GARD, DAC83 LLC, OPEN A ARENA, LLC, DOUG PRITCHETT, 2DEPP CONSTRUCTION LLC, JAMES MCCUAN, KINGDOM TRUST COMPANY, THOMAS THORLACKSON, RIDGEFIELD CAPITAL ASSET MANAGEMENT, LP, ROBERT ELLIS, ELIZABETH ELLIS, ROBERT and ELIZABETH FAMILY FOUNDATION, NATHAN MICHAEL HOYLE, PIPER MCCLAIN, KRISTIN MCCLAIN, VET INDUSTRIES FEED & SUPPLY, WHITE ENERGY, CRYSTAL MCCLAIN, WILEY ROBY RUSSELL, JR, WJ PERFORMANCE HORSES, HEARTLAND COOP, SAWMILL CREEK LLC, TOMMY MANION RANCH, INC., ROGER WELCH, PRIEST CATTLE COMPANY, LTD., COREY PRIEST, TYLER PITTMAN, RAPP RANCH, BIG SEVEN CAPITAL PARTNERS, LLC, BRAVO GOLF AVIATION LLC,

Pro Se
No contact information

BTXN 150 (rev. 11/10)

| In Re:<br>McClain Feed Yard, Inc. and Dannie Winfrey | § |  |
|---|---|---|
|  | § |  |
|  | § | Case No.:   23–20084–swe7 |
| Debtor(s) | § | Chapter No.:   7 |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. | § |  |
|  | § |  |
|  | § |  |
| Plaintiff(s) | § | Adversary No.:   25–02003–swe |
|  | § |  |
| vs. | § |  |
| ANGELA ROBINSON  et al. | | |
| Defendant(s) | | |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I.** (a) **PLAINTIFF**
KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,

**DEFENDANT**
ANGELA ROBINSON, et. al.

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
See Service List

Attorney's (If Known)
See Service List

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff

○ 2  U.S. Government Defendant

◉ 3  Federal Question (U.S. Government Not a Party)

○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

○ 422 Appeal 28 USC 158      ◉ 423 Withdrawal 28 USC 157      ○ 890 Other Statutory Actions

**V. ORIGIN**

◉ 1 Original Proceeding     ○ 2 Removed from State Court     ○ 3 Remanded from Appellate Court     ○ 4 Reinstated or Reopened

○ 5 Transferred from another district     ○ 6 Multidistrict Litigation     ○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
423 Withdrawal 28 USC 157

Brief description of cause:
Motion to withdraw the reference

**VII. REQUESTED IN COMPLAINT:**

☐  CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23     DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                           Docket Number:          Case 3:26-cv-00975-G

DATED:  3/26/26

FOR THE COURT:
Stephen J Manz, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk