Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 807-0563
Email: hjobe@jobelawpllc.com

Alan Dabdoub
Steven Gersten
Farsheed Fozouni
Campbell Sode
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800

**SPECIAL COUNSEL TO KENT RIES, CHAPTER 7 TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| McCLAIN FEED YARD, INC., | § | CHAPTER 7 |
| McCLAIN FARMS, INC., AND | § | CASE NO. 23-20084-SWE |
| 7M CATTLE FEEDERS, INC., | § | JOINTLY ADMINISTERED |
| | § | |
| Debtors. | § | |
| KENT RIES, CHAPTER 7 TRUSTEE | § | |
| FOR THE BANKRUPTCY ESTATES | § | |
| OF McCLAIN FEED YARD, INC., | § | ADV. PROC. NO. 25-02003-SWE |
| McCLAIN FARMS, INC., AND | § | |
| 7M CATTLE FEEDERS, INC., | § | Honorable Scott W. Everett |
| Plaintiff, | § | |
| v. | § | |
| ANGELA ROBINSON, *et al.*, | § | |
| Defendants. | § | |

**TRUSTEE'S WITNESS AND EXHIBIT LIST**

Kent Ries, Chapter 7 Trustee (the "Trustee"), through his Special Counsel, submits the following Witness and Exhibit List for the status conference on Defendants' Motions for Permissive Abstention or to Withdraw the Reference [Dkt. Nos. 253, 255, 256, and 257], currently set for 1:30 p.m. on Monday, April 20, 2026.

**A.      Witnesses:**

    1.      Kent Ries, Chapter 7 Trustee;

    2.      Frederick "Rick" F. Cass, Lain, Faulkner & Co., P.C.;

    3.      Hudson M. Jobe, Special Counsel to the Trustee;

    4.      Any witness identified by or called by any other party; and

    5.      Any witness necessary for rebuttal.

**B.      Exhibits:**

| NO. | EXHIBIT | OFFERED | ADMITTED |
|-----|---------|---------|----------|
| A | Declaration of Kent Ries, dated March 16, 2026 (filed as Dkt. 297-1), with attached USDA Claim Analysis | | |
| B | Declaration of Frederick "Rick" F. Cass, dated March 16, 2026 (filed as Dkt. 297-2), with Exhibits A through L | | |
| C | Party Reference Chart (filed as Dkt. 297-3; updated version dated April 17, 2026) | | |
| D | Email from Steven Hoard to Hudson Jobe and Alan Dabdoub, dated January 27, 2026, re: "FW: 25-02003-swe Summons issued" | | |
| E | Email from Hudson Jobe to Steven Hoard, dated February 11, 2026, re: "Re: McClain – Proposed Stipulation" | | |
| F | Email from Hudson Jobe to Steven Hoard, dated February 19, 2026, re: "McClain – documents and information needed on avoidance claims," with attachment (summary of outstanding documents and information needed from Defendants' clients) | | |
| G | Email from Steven Hoard to Hudson Jobe, dated February 27, 2026, re: "RE: McClain – documents and information needed on avoidance claims" | | |
| H | Email from Hudson Jobe to Steven Hoard, dated March 3, 2026, re: "RE: McClain – documents and information needed on avoidance claims" | | |

**C.      Matters for Which the Trustee Requests Judicial Notice:**

The Trustee requests that the Court take judicial notice of the following documents filed in the above-styled bankruptcy case, adversary proceeding, and related proceedings:

**Main Bankruptcy Case No. 23-20084-SWE (McClain Feed Yard, Inc.):**

- Dkt. 1 – Chapter 7 Voluntary Petition (filed April 28, 2023)
- Dkt. 66 – Order Granting Joint Administration of Cases 23-20084, 23-20085, and 23-20086 (entered June 28, 2023)
- Dkt. 185 – Objection to Trustee's Rule 2004 Discovery Motion
- Dkt. 186 – Objection to Trustee's Rule 2004 Discovery Motion
- Dkt. 187 – Objection to Trustee's Rule 2004 Discovery Motion
- Dkt. 188 – Objection to Trustee's Rule 2004 Discovery Motion (Curtis Jones Farms)
- Dkt. 189 – Objection to Trustee's Rule 2004 Discovery Motion (Kinsey Jones)
- Dkt. 190 – Objection to Trustee's Rule 2004 Discovery Motion
- Dkt. 195 – Trustee's Rule 2004 Motion for Examination of Claimants
- Dkt. 223 – Memorandum Opinion and Order Granting Trustee's Rule 2004 Motion (Judge Jones, April 19, 2024)
- Dkt. 233 – Order Granting Rule 2004 Examination of Certain Non-USDA Claimants (entered April 26, 2024)
- Dkt. 234 – Order Granting Rule 2004 Examination of USDA Dealer Trust Claimants (entered April 26, 2024)

**Adversary Proceeding No. 25-02003-SWE (Investor Lawsuit):**

- Dkt. 1 – Trustee's Original Complaint (filed March 2, 2025)
- Dkt. 9 – Trustee's First Amended Complaint (filed April 25, 2025)
- Dkt. 70 – Motion to Dismiss (Keith Harris Farms, Inc.)
- Dkt. 71 – Motion to Dismiss (Tyler Pittman, Pittman Farms, Keith Myers, Caleb Little, J&S Investments)
- Dkt. 73 – Motion to Dismiss (Thomas Frith, TGF Ranch, LLC)
- Dkt. 127 – Motion to Dismiss (Curtis Jones, Curtis Jones Farms, Don Jones, Don Jones Farm, Inc., Don Jones Trucking, Inc., Kinsey Jones, Jones Family Cattle, LLC)
- Dkt. 128 – Motion to Dismiss (Wildforest Cattle Co., LLC and Sam Brown)
- Dkt. 135 – Trustee's Response to Motions to Dismiss
- Dkt. 143 – Trustee's Response to Motions to Dismiss
- Dkt. 253 – Defendants' Motion for Withdrawal of Reference (Group 1: Keith Harris Farms, et al.) (filed February 27, 2026)
- Dkt. 255 – Defendants' Motion for Permissive Abstention (Group 1: Keith Harris Farms, et al.) (filed February 27, 2026)
- Dkt. 256 – Defendants' Motion for Permissive Abstention (Group 2: Don Jones Trucking, et al.) (filed February 27, 2026)
- Dkt. 257 – Defendants' Motion for Withdrawal of Reference (Group 2: Don Jones Trucking, et al.) (filed February 27, 2026)
- Dkt. 295 – Trustee's Second Amended Complaint (filed March 18, 2026)
- Dkt. 297 – Trustee's Consolidated Response in Opposition (filed March 20, 2026), with Exhibits A, B, and C
- Dkt. 310 – Notice regarding District Court Case No. 3:26-cv-00975-G (filed March 26, 2026)

- Dkt. 311 – Notice regarding District Court Case No. 3:26-cv-01037-O (filed April 1, 2026)
- Dkt. 312 – Defendants' Reply to Trustee's Consolidated Response (filed April 2, 2026)

**Adversary Proceeding No. 23-02005 (Rabo AgriFinance Lawsuit):**

- Dkt. 3 – Rabo AgriFinance LLC's First Amended Complaint (filed November 30, 2023)

**D.      Additional Exhibits:**

- Any exhibit identified, offered, or admitted by any other party at the hearing
- Any exhibit necessary for rebuttal or impeachment purposes
- Any document filed or entered in Case No. 23-20084-SWE, Adv. No. 25-02003-SWE, or related proceedings, including all exhibits thereto.

*The Trustee reserves the right to supplement this list prior to or at the hearing.*

DATED: April 17. 2026.

Respectfully submitted,

**JOBE LAW PLLC**

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800

**SPECIAL COUNSEL TO THE TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, a true and correct copy of the foregoing Witness and Exhibit List was served on all parties of record via the Court's CM/ECF electronic filing system.

*/s/ Hudson M. Jobe*
Hudson M. Jobe