## EXHIBIT D

Kent Ries, Chapter 7 Trustee v. Angela Robinson et al. | Case No. 25-02003-swe

U.S. Bankruptcy Court, Northern District of Texas

| | |
|---|---|
| **Date:** | January 27, 2026 at 06:47 PM UTC |
| **From:** | Steve Hoard <shoard@mhba.com> |
| **To:** | Hudson Jobe <hjobe@jobelawpllc.com>; Alan Dabdoub <adabdoub@lynnllp.com> |
| **CC:** | - |
| **Subject:** | **FW: 25-02003-swe Summons issued** |

Gentlemen, I received the notice regarding re-issuance of summonses for my clients. As far as we are concerned, you do not need to serve these summonses on any of my clients (not just the ones listed in the notice below). If we haven't reached a settlement by then, we will file answers for all my clients in a timely manner. The answers will be filed subject to the motions I intend to file discussed below.

With regard to settlement, it is my plan to get you some numbers this week. Those numbers will show that only 3 or 4 of my clients were net winners. It is my hope that we can have meaningful settlement discussions before you have to respond to the motions I will be filing or perhaps even before I have to file them. Ideally, I'd like to schedule a time next week to talk with you about settlement. Please let me know if you will be available.

At some point I intend to file a motion for permissive abstention and, at least as to some clients, a motion to withdraw the reference. Depending on what happens, I might also file a motion to transfer venue – particularly for all the clients in Kentucky, which is most of them. And I might file a motion to sever.

I believe all my clients have a very pragmatic attitude toward settlement.

Steven L. Hoard Mullin Hoard & Brown, LLP

500 S. Taylor, Suite 800 Amarillo National Bank Plaza II Amarillo, Texas 79101

806.337.1112 – direct 806.372.5086 – fax

Mailing Address: P. O. Box 31656 Amarillo, TX 79120-1656

www.mullinhoard.com

shoard@mhba.com

This email contains confidential information (including any attachments) belonging to the sender or his client which may be protected from disclosure by the attorney-client privilege, the attorney or core work product immunity, the work product immunity, and/or other privilege or immunity. This confidential information is intended only for the use of the individuals or entities identified above. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, dissemination, or the taking of any action in reliance on the contents of the emailed information, is strictly prohibited. If you have received this email in error, please immediately notify the sender by replying to the email or by telephone at 806.372.5050.

From: BKECF_LiveDB@txnb.uscourts.gov <BKECF_LiveDB@txnb.uscourts.gov>

Sent: Monday, January 26, 2026 11:05 AM To: Courtmail@txnb.uscourts.gov Subject: 25-02003-swe Summons issued

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Northern District of Texas

Notice of Electronic Filing

The following transaction was received from bje entered on 1/26/2026 at 11:05 AM CST and filed on 1/26/2026

Case Name:

KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ES v. ANGELA ROBINSON et al

Case Number:

25-02003-swe

Document Number:

208

Docket Text:

Summons reissued on BRENT BURNETT Answer Due 2/25/2026; CALEB LITTLE Answer Due 2/25/2026; CORY JESKO Answer Due 2/25/2026; CURT JONES Answer Due 2/25/2026; CURTIS JONES FARMS Answer Due 2/25/2026; DON JONES Answer Due 2/25/2026; DON JONES FARM, INC. Answer Due 2/25/2026; DON JONES TRUCKING, INC. Answer Due 2/25/2026; DWIGHT JESKO Answer Due 2/25/2026; ERIC DEJARNATT Answer Due 2/25/2026; J&S INVESTMENTS Answer Due 2/25/2026; JEFF JESKO Answer Due 2/25/2026; JOE BURNETT Answer Due 2/25/2026; JONES FAMILY CATTLE Answer Due 2/25/2026; KEITH HARRIS FARMS Answer Due 2/25/2026; KINSEY JONES Answer Due 2/25/2026; MYKEL TIDWELL Answer Due 2/25/2026; PATRICIA JESKO Answer Due 2/25/2026; Tyler Pittman Answer Due 2/25/2026; RICK RODGERS Answer Due 2/25/2026; SAM BROWN Answer Due 2/25/2026; STANLEY KEITH MYERS Answer Due 2/25/2026; TGF RANCH Answer Due 2/25/2026; THOMAS FRITH Answer Due 2/25/2026; TYLER PITTMAN Answer Due 2/25/2026; John Tidwell Answer Due 2/25/2026; WILDFOREST CATTLE CO., LLC Answer Due 2/25/2026 (Bergreen, J.)

The following document(s) are associated with this transaction:

25-02003-swe Notice will be electronically mailed to:

Stephen Barnes on behalf of Defendant CHELSEA MCCLAIN

sbarnes@wgmfirm.com

Alan Dabdoub on behalf of Plaintiff KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY
ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.

adabdoub@lynnllp.com , kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Benjamin H. Davidson, II on behalf of Creditor Stanley Ayers/ Garwood Cattle Co.

bdavidson@mhbg.com , vpierce@mhbg.com

Benjamin H. Davidson, II on behalf of Defendant GARWOOD CATTLE COMPANY

bdavidson@mhbg.com , vpierce@mhbg.com

Benjamin H. Davidson, II on behalf of Defendant PATRICK BAKER

bdavidson@mhbg.com , vpierce@mhbg.com

Benjamin H. Davidson, II on behalf of Defendant REINERT HAY CO

bdavidson@mhbg.com , vpierce@mhbg.com

Benjamin H. Davidson, II on behalf of Defendant STANLEY AYERS

bdavidson@mhbg.com , vpierce@mhbg.com

Mary Kathleen Davidson on behalf of Defendant DANIEL JESCO FARMS

kdavidson@mhbg.com

Mary Kathleen Davidson on behalf of Defendant DANIEL JESKO

kdavidson@mhbg.com

Whitney A Davis on behalf of Defendant Drake Cattle Company

whit@ekdlaw.com

Whitney A Davis on behalf of Defendant GALE FORCE QUARTER HORSES

whit@ekdlaw.com

Whitney A Davis on behalf of Defendant PHILIP RAPP

whit@ekdlaw.com

Whitney A Davis on behalf of Defendant Joshua Ray Drake

whit@ekdlaw.com

Michael S Duncan on behalf of Defendant Keeling Cattle Feeders

mduncan@namanhowell.com

Michael S Duncan on behalf of Defendant Thomas Thorlakson

mduncan@namanhowell.com

Farsheed Fozouni on behalf of Plaintiff KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.

ffozouni@lynnllp.com

William Adam Franklin on behalf of Defendant CHELSEA MCCLAIN

bfranklin@bdflawfirm.com

Steven G Gersten on behalf of Plaintiff KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.

sgersten@lynnllp.com , sjohnston@lynnllp.com

Kent Hale on behalf of Creditor Stanley Ayers/ Garwood Cattle Co.

khale@mhbg.com

Kent Hale on behalf of Defendant GARWOOD CATTLE COMPANY

khale@mhbg.com

Kent Hale on behalf of Defendant PATRICK BAKER

khale@mhbg.com

Kent Hale on behalf of Defendant REINERT HAY CO

khale@mhbg.com

Kent Hale on behalf of Defendant STANLEY AYERS

khale@mhbg.com

Steven Lee Hoard on behalf of Defendant BRENT BURNETT

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant CALEB LITTLE

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant CORY JESKO

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant CURT JONES

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant CURTIS JONES FARMS

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant DON JONES

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant DON JONES FARM, INC.

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant DON JONES TRUCKING, INC.

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant DWIGHT JESKO

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant ERIC DEJARNATT

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant J&S INVESTMENTS

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant JEFF JESKO

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant JOE BURNETT

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant JONES FAMILY CATTLE

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant KEITH HARRIS FARMS

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant KINSEY JONES

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant MYKEL TIDWELL

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant PATRICIA JESKO

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant PITTMAN FARMS

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant RICK RODGERS

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant SAM BROWN

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant STANLEY KEITH MYERS

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant TGF RANCH

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant THOMAS FRITH

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant TYLER PITTMAN

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant WILDFOREST CATTLE CO., LLC

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant John Tidwell

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant Keith A Myers

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard on behalf of Defendant Tyler Pittman

shoard@mhba.com , ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Donald E. Hood on behalf of Defendant RALPH REISZ

don.hood@dehlaw.com

Donald E. Hood on behalf of Defendant VERONICA REISZ

don.hood@dehlaw.com

Hudson M. Jobe on behalf of Plaintiff KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY
ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.

hjobe@jobelawpllc.com , cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com;hudsonjobe77@ecf.courtdrive.com

David L. LeBas on behalf of Defendant Keeling Cattle Feeders

dlebas@namanhowell.com , jaucoin@namanhowell.com

David L. LeBas on behalf of Defendant THORLAKSON DIAMOND T FEEDERS, LP

dlebas@namanhowell.com , jaucoin@namanhowell.com

David L. LeBas on behalf of Defendant Thomas Thorlakson

dlebas@namanhowell.com , jaucoin@namanhowell.com

Abel Angel Leal on behalf of Defendant ARNOLD BRAUN

abel@ssbtxlaw.com , abel@leal.law

Joshua A. Lesser on behalf of Defendant ANGELA ROBINSON

jlesser@bradley.com , josh-lesser-7739@ecf.pacerpro.com;sgarcia@bradley.com

Jarrod Martin on behalf of Defendant WILLIAM WEDDINGTON

jbmartin@bradley.com , vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com

John F. Massouh on behalf of Defendant ARNOLD BRAUN

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant ARNOLD BRAUN TRUST

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant BRADLEY GUNGOLL

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant BRYAN BLACKMAN

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant CARLA BROOKSHIRE

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant CHARLES LOCKWOOD

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant COLBY VANBUSKIRK

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant COLE LOCKWOOD

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant DENNIS BUSS

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant DUSTIN JOHNSON

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant EDWIN BUSS

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant GARY LESH

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant GARY LESH TRUST

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant GENE BROOKSHIRE FAMILY LP

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant GRAY BROTHERS CATTLE

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant GRAY FAMILY TRUST

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant GUNGOLL CATTLE CO, LLC

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JAN LESH

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JANET VANBUSKIRK

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JARED LESH

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JARED LESH COWHORSES, INC

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JIM RININGER

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JIMMY GREER

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JOEL BROOKSHIRE

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant JORDAN LESH

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant KATIE LESH

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant LESH FAMILY TRUST

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant LESH TRUCKING

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant LYNDAL VANBUSKIRK

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant MORRISON CAFE

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant NIKKI LOCKWOOD

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant PEGGY GREER

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant Perez Livestock LLC

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant RED RAIDER CATTLE, LLC

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant ROBERT BRUAN

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant ROBERT GRAY

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant SAM VANBUSKIRK

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant SCARLET & BLACK CATTLE, LLC

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant SCOTT LIVESTOCK COMPANY, INC.

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant SHERLE LOCKWOOD

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant SUSAN VANBUSKIRK

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant WADE GUNGOLL

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant WILLIAM GUNGOLL

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant WYATT GUNGOLL

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

John F. Massouh on behalf of Defendant Scott Long Colton

john.massouh@sprouselaw.com , sherida.stone@sprouselaw.com

Flannery Nardone on behalf of Defendant BRENT BURNETT

fnardone@mhba.com

Flannery Nardone on behalf of Defendant CALEB LITTLE

fnardone@mhba.com

Flannery Nardone on behalf of Defendant CORY JESKO

fnardone@mhba.com

Flannery Nardone on behalf of Defendant DWIGHT JESKO

fnardone@mhba.com

Flannery Nardone on behalf of Defendant ERIC DEJARNATT

fnardone@mhba.com

Flannery Nardone on behalf of Defendant J&S INVESTMENTS

fnardone@mhba.com

Flannery Nardone on behalf of Defendant JEFF JESKO

fnardone@mhba.com

Flannery Nardone on behalf of Defendant JOE BURNETT

fnardone@mhba.com

Flannery Nardone on behalf of Defendant KEITH HARRIS FARMS

fnardone@mhba.com

Flannery Nardone on behalf of Defendant MYKEL TIDWELL

fnardone@mhba.com

Flannery Nardone on behalf of Defendant PATRICIA JESKO

fnardone@mhba.com

Flannery Nardone on behalf of Defendant PITTMAN FARMS

fnardone@mhba.com

Flannery Nardone on behalf of Defendant RICK RODGERS

fnardone@mhba.com

Flannery Nardone on behalf of Defendant TGF RANCH

fnardone@mhba.com

Flannery Nardone on behalf of Defendant THOMAS FRITH

fnardone@mhba.com

Flannery Nardone on behalf of Defendant John Tidwell

fnardone@mhba.com

Flannery Nardone on behalf of Defendant Keith A Myers

fnardone@mhba.com

Flannery Nardone on behalf of Defendant Tyler Pittman

fnardone@mhba.com

Kenneth R. Netardus on behalf of Defendant BRANDON DUFURRENA

knetardus@sjblawfirm.com , rmcmurry@sjblawfirm.com

Kenneth R. Netardus on behalf of Defendant ED DUFURRENA

knetardus@sjblawfirm.com , rmcmurry@sjblawfirm.com

Kenneth R. Netardus on behalf of Defendant RIETA DUFURRENA

knetardus@sjblawfirm.com , rmcmurry@sjblawfirm.com

Kenneth R. Netardus on behalf of Defendant Jared Grell

knetardus@sjblawfirm.com , rmcmurry@sjblawfirm.com

Kenneth R. Netardus on behalf of Defendant Mark Fricouf

knetardus@sjblawfirm.com , rmcmurry@sjblawfirm.com

Nathaniel Anson Plemons on behalf of Plaintiff KENT RIES, CHAPTER 7 TRUSTEE FOR THE
BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE
FEEDERS, INC.

Nathaniel.Plemons@oag.texas.gov , mgonzalez@lynnllp.com

Kent David Ries on behalf of Interested Party Law Office of Kent Ries

kent@kentries.com

Peter Sode on behalf of Plaintiff KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES
OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.

csode@lynnllp.com , mspear@lynnllp.com

Steven D Wilson on behalf of Defendant RALPH REISZ

swilson@wilkeylaw.com

Steven D Wilson on behalf of Defendant VERONICA REISZ

swilson@wilkeylaw.com

25-02003-swe Notice will not be electronically mailed to:

2B FARMS

,

2DEEP CONSTRUCTION LLC

,

BETTYE BUTLER

,

BIG SEVEN CAPITAL PARTNERS, LLC

,

BILLY BUTLER

,

BRAVO GOLF AVIATION LLC

,

Adam M. Back on behalf of Creditor Stanley Ayers/ Garwood Cattle Co.

Stoll Keenon Ogden PLLC 300 West Vine Street Suite 2100 Lexington, KY 40507-1801

Adam M. Back on behalf of Defendant GARWOOD CATTLE COMPANY

Stoll Keenon Ogden PLLC 300 West Vine Street Suite 2100 Lexington, KY 40507-1801

Adam M. Back on behalf of Defendant STANLEY AYERS

Stoll Keenon Ogden PLLC 300 West Vine Street Suite 2100 Lexington, KY 40507-1801

C HEART RANCH LLC

,

CARRAWAY CATTLE LLC

,

CODIE PERRY

,

COLETTE LESH F/K/A COLETTE BROOKS

,

COREY PRIEST

,

CRYSTAL MCCLAIN

,

DAC83 LLC

,

DANNIE WINFREY

,

DIAMOND B PRODUCTIONS LLC

,

DOUG PRITCHETT

,

EDWIN STEWART

,

ELIZABETH ELLIS

,

ERNEST GARD

,

MICHAEL EVANS

,

FRANK VANBUSKIRK

,

HEARTLAND COOP

,

Nathan Michael Hoyle

,

JOEL LESH

,

KRISTIN MCCLAIN

,

Kingdom Trust Company

,

LAZY J ARENA

,

MAP ENTERPRISES, INC.

,

MICHAEL COOPER

,

OPEN A ARENA, LLC

,

PIPER MCCLAIN

,

PRIEST CATTLE COMPANY, LTD.

,

PRIEST VICTORY INVESTMENT, LLC

,

RAPP RANCH

,

REBECCA ROBINSON

,

RICHARD CARRAWAY

,

RIDGEFIELD CAPITAL ASSET MANAGEMENT, L.P.

,

ROBERT AND ELIZABETH FAMILY FOUNDATION

,

ROBERT CARRAWAY

,

ROBERT ELLIS

,

ROGER WELCH

,

RONNIE GRAY

,

ROSE VALLEY RANCH

,

SAWMILL CREEK LLC

,

TERRY ROBINSON

,

TOMMY MANION RANCH, INC.

,

Thomas Thorlackson

,

VET INDUSTRIES FEED & SUPPLY

,

WHITE ENERGY

,

WILEY ROBY RUSSELL JR.

,

WJ PERFORMANCE HORSES

,

Wiley Roby Russell, Jr. as Trustee of the W. Robbie Russell Living Trust

,

Steven D Wilson on behalf of Defendant RALPH REISZ

,

Steven D Wilson on behalf of Defendant VERONICA REISZ

,

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd , an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here .