

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 27, 2026**

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| **MCCLAIN FEED YARD, INC.,** | § | |
| **MCCLAIN FARMS, INC., and** | § | **CASE NO. 23-20084-SWE** |
| **7M CATTLE FEEDERS, INC.** | § | |
| | § | |
| **DEBTORS** [1] | § | **JOINTLY ADMINISTERED** |

| | | |
|---|---|---|
| **KENT RIES, CHAPTER 7** | § | |
| **TRUSTEE FOR THE** | § | |
| **BANKRUPTCY ESTATES OF** | § | |
| **MCCLAIN FEED YARD, INC.,** | § | |
| **MCCLAIN FARMS, INC., and** | § | |
| **7M CATTLE FEEDERS, INC.** | § | |
| | § | **ADV. PRO. NO. 25-02003-SWE** |
| **PLAINTIFF** | § | |
| **V.** | § | **Honorable Scott W. Everett** |
| | § | |
| **ANGELA ROBINSON et al** | § | |
| | § | |
| **DEFENDANTS** | § | |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc., (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

---

**ORDER DENYING MOTIONS FOR PERMISSIVE ABSTENTION**                    **PAGE 1**

## <u>ORDER DENYING MOTIONS FOR PERMISSIVE</u>
<u>ABSTENTION [DOCKET NOS. 255 AND 256]</u>

On April 20, 2026, the Court held a hearing on Defendants Keith Harris Farms, Inc., Tyler Pittman, Pittman Farms, Keith Myers, J&S Investments, Caleb Little, Sam Brown, Don Jones, Curtis Jones, Jones Family Cattle, LLC, Thomas Frith, and TGF Ranch's Motion for Permissive Abstention [Docket No. 255] and Defendants Don Jones Trucking, Inc., Don Jones Farm Inc., Curtis Jones Farms, Kinsey Jones, Rick Rodgers, Mykell Tidwell, John Tidwell, Wildforest Cattle Co., LLC, Eric DeJarnett, Brent Burnett, Joe Burnett, Dwight Jesko, Patricia Jesko, Cory Jesko, and Jeff Jesko's Motion for Permissive Abstention [Docket No. 256] (Moving Defendants collectively "Movants").

After considering the motions, the responses, the replies, the arguments of counsel presented at the hearing held on April 20, 2026, and the applicable law, it is **ORDERED** that Movants' Motions for Permissive Abstention [Docket Nos. 255 and 256] are **DENIED** for the reasons stated on the record, which are incorporated as if set forth fully herein.

### END OF ORDER ###

---

**ORDER DENYING MOTIONS FOR PERMISSIVE ABSTENTION**                                    **PAGE 2**

Order submitted by:

Alan Dabdoub (SBN 24056836)
P. Campbell Sode (SBN 24134507)
Farsheed Fozouni (SBN 24097705)
Steven G. Gersten (SBN 24087579)
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:    214-981-3800
Facsimile:    214-981-3839
adabdoub@lynnllp.com
csode@lynnllp.com
ffozouni@lynnllp.com
sgersten@lynnllp.com

Hudson M. Jobe (SBN 24041189)
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone:    (214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

Approved as to form only:

MULLIN HOARD & BROWN, L.L.P.
Steven L. Hoard, TSB No. 09736600
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
Email: shoard@mhba.com
By: /s/ Steven L. Hoard
Steven L. Hoard

**ATTORNEYS FOR MOVANTS**