**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    *Debtors*.[1] | Chapter 7<br><br>CASE NO. 23-20084-swe<br><br>Jointly Administered |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>ANGELA ROBINSON, et al.,<br><br>    *Defendants.[2]* | ADV. PROC. NO. 25-02003-swe<br><br>Honorable Scott W. Everett |

**STIPULATION REGARDING RESPONSE DATE**

Kent Ries, the Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe) and plaintiff in the above-captioned adversary proceeding (the

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

[2] The term "Debtors" shall mean McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc., as well as all officers, directors, members, employees, attorneys, agents, and representatives of the foregoing.

[3] The term "Debtor Affiliates" shall mean Brian McClain, Chelsea McClain, Crystal McClain, Meagan B. Goad, aka Meagan B. Powell, Kinsey Moreland, Josh Moreland, Jed Goad, JLE Trucking, Inc., any other entities affiliated with the foregoing, as well as all officers, directors, members, employees, attorneys, agents, and representatives of the foregoing.

"Trustee") and Sawmill Creek, LLC, a Texas limited liability company (the "Defendant," and together with the Trustee, the "Parties") hereby agree and stipulate as follows:

1.  On March 2, 2025, the Trustee instituted the above-captioned adversary proceeding (the "Adversary Proceeding") by the filing of his Original Complaint for: (1) Avoidance and Recovery of Preferences and Fraudulent Transfers; (2) Disallowance and Subordination of Claims; and (3) Other Relief (Dkt. No. 1) (the "Complaint").  The Trustee amended the Complaint on March 18, 2026 by the filing of his Second Amended Complaint for: (1) Avoidance and Recovery of Preferences and Fraudulent Transfers; (2) Disallowance and Subordination of Claims; and (3) Other Relief (Dkt. No. 295) (the "Amended Complaint").

2.  The Defendant is represented by the undersigned counsel in the Adversary Proceeding, and the undersigned counsel has the authority to agree to the terms of this Stipulation on behalf of the Defendant.

3.  The Parties agree that the Defendant's response date to the Amended Complaint will be May 15, 2026.  If the Defendant fails to timely respond, a default judgment may be entered against the Defendant.  This Stipulation is without prejudice to any further extension of the response date or objections thereto.

4.  By May 12, 2026, the Defendant will produce copies of all documents or electronically stored information concerning any transfer of property by the Defendant to any of the Debtors[2] or the Debtors' Affiliates[3], and any transfer of property by the Debtors or the Debtor's Affiliates to the Defendant.  Documents responsive to this request, but not limited to, include banking records such as bank statements, copies of checks, wire instructions, wire receipts, and ledger entries.  In addition, investment contracts, agreements, invoices, receipts, shipping records, and any other records concerning livestock sales involving any of the Debtors or the Debtors' Affiliates shall be provided.  Lastly, Defendant will provide all communications with any party concerning such transfers.  Bates numbered documents Sawmill 000001 - Sawmill 000079 need not be reproduced.  Defendant agrees to provide a custodial affidavit for any documents they produce in a form sufficient to authenticate the documents under the Federal Rules of Evidence.

**AGREED:**

*/s/Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

*/s/Dax D. Voss*
Dax D. Voss
State Bar No. 24047044
**Field, Manning, Stone, Aycock, P.C.**
2112 Indiana
Lubbock, Texas 79410
Telephone: (806) 796-4000
Facsimile: (806) 792-9148
dvoss@lubbocklawfirm.com

**COUNSEL TO THE DEFENDANT**