BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>McClain Feed Yard, Inc.<br><br>Debtor(s) | §<br>§<br>§<br>§ | <br><br>Case No.: 23−20084−swe7<br>Chapter No.: 7 |
| KENT RIES, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.<br>Plaintiff(s) | §<br>§<br>§<br>§<br>§ | <br><br><br><br>Adversary No.: 25−02003−swe |
| vs.<br>ANGELA ROBINSON et al.<br>Defendant(s) | | |

Dear Elizabeth Geary:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status
- ☐ An Order in resolution of
- ☑ A Notice of Hearing on #348−Motion to dismiss adversary proceeding & related objections
- ☐ An Amendment or Correction to a filing as follows
- ☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 14 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 8/7/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Kara Hyden, Deputy Clerk
kara_hyden@txnb.uscourts.gov